**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| QVC GROUP, INC., *et al.*,[1] | ) | Case No. 26-90447 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' WITNESS AND EXHIBIT LIST**
**FOR APRIL 17, 2026, FIRST DAY HEARINGS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this Witness and Exhibit List for the hearings set on April 17, 2026, at 1:00 p.m. (prevailing

Central Time) via GoToMeeting and the Court's dial-in facility.  All exhibits may be downloaded

free of charge at https://restructuring.ra.kroll.com/QVC.

### Witnesses

1.  Bill Wafford, Debtors' Chief Administrative and Chief Financial Officer;

2.  Jason Keyes, Partner and Managing Director of Alix Partners;

3.  Benjamin J. Steele, Managing Director of Kroll Restructuring Administration, LLC;

4.  any witness called or listed by any other party in interest; and

5.  impeachment witnesses, as necessary.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

**Exhibits**

| Ex. No. | Description |
|---|---|
| 1. | *Declaration of Bill Wafford in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 4] |
| 2. | *Declaration of Jason Keyes in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of All Trade Claims, (II) Confirming the Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief]* [Docket No. 21] |
| 3. | *Declaration of Jason Keyes in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the QVC Debtors (A) to Enter into the DIP LC Facility, (B) Fund the LC Cash Collateral Account, and (C) Grant Liens and Provide Administrative Expense Claims, (II) Modifying the Automatic Stay, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 48] |
| 4. | *Declaration of Benjamin J. Steele in Support of the Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent* [Docket No. 6, Exhibit B] |
| 5. | Cash Management Schematic [Docket No. 5, Exhibit A] |
| 6. | Schedule of Debtors' Bank Accounts [Docket No. 5, Exhibit B] |
| 7. | Kroll Engagement Agreement [Docket No. 6, Exhibit A] |
| 8. | Utility Providers List [Docket No. 9, Exhibit 1] |
| 9. | Schedule of Debtors' Insurance Policies [Docket No. 11, Exhibit 1] |
| 10. | Schedule of Debtors' Surety Bonds [Originally filed at Docket No. 11, Exhibit 2, as amended at Docket No. 39] |
| 11. | Procedures for Transfers of and Declarations of Worthlessness with Respect to Beneficial Ownership of Stock [Docket No. 12, Exhibit 1] |
| 12. | Declaration of Status as a Substantial Shareholder [Docket No. 12, Exhibit 1A] |
| 13. | Declaration of Intent to Accumulate Stock [Docket No. 12, Exhibit 1B] |
| 14. | Declaration of Intent to Transfer Stock [Docket No. 12, Exhibit 1C] |
| 15. | Declaration of Status as a 50-Percent Shareholder [Docket No. 12, Exhibit 1D] |
| 16. | Declaration of Intent to Claim a Worthless Stock Deduction [Docket No. 12, Exhibit 1E] |
| 17. | Notice of Order [Docket No. 12, Exhibit 1F] |
| 18. | Taxing Authorities [Docket No. 13, Exhibit A] |

| Ex. No. | Description |
|---|---|
| 19. | Combined Hearing Notice [Docket No. 41-1, Exhibit 1] |
| 20. | Publication Notice [Docket No. 41-1, Exhibit 2] |
| 21. | Form of Ballots for Class B3 RCF Claims [Docket No. 41-1, Exhibit 3A] |
| 22. | Form of Master Ballot for Class B4 QVC Notes Claims [Docket No. 41-1, Exhibit 3B] |
| 23. | Form of Beneficial Holder Ballot for Class B4 QVC Notes Claims [Docket No. 41-1, Exhibit 3C] |
| 24. | Form of Master Ballot for Class C3 LINTA Notes Claims [Docket No. 41-1, Exhibit 3D] |
| 25. | Form of Beneficial Holder Ballot for Class C3 LINTA Notes Claims [Docket No. 41-1, Exhibit 3E] |
| 26. | Notice of Non-Voting Status and Opt-Out Form [Docket No. 41-1, Exhibit 4A] |
| 27. | Notice of Non-Voting Status and Opt-In Form [Docket No. 41-1, Exhibit 4B] |
| 28. | Certificate of Service for First Day Motions [Docket No. ____] (to be filed prior to the hearing) |
| 29. | The Credit Facility Engagement and Fee Letter [Docket No. _____] (to be filed under seal) |
| 30. | Any document or pleading filed with the Court in the above-captioned cases. |
| 31. | Any exhibit necessary for impeachment purposes. |
| 32. | Any exhibit identified or offered by any other party. |

## Reservation of Rights

The Debtors reserve the right to use and/or present demonstratives for any purpose. The Debtors also reserve the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing.

The Debtors reserve the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

Dated:  April 17, 2026

*/s/ Jason S. Brookner*

| | |
|---|---|
| **GRAY REED** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

**GRAY REED**
Jason S. Brookner (TX Bar No. 24033684)
Lydia R. Webb (TX Bar No. 24083758)
Emily F. Shanks (TX Bar No. 24110350)
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:       (713) 986-7000
Facsimile:       (713) 986-7100
Email:           jbrookner@grayreed.com
                 lwebb@grayreed.com
                 eshanks@grayreed.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Aparna Yenamandra, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:           joshua.sussberg@kirkland.com
                 aparna.yenamandra@kirkland.com

- and -

Chad J. Husnick, P.C. (*pro hac vice* pending)
Gabriela Zamfir Hensley (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:           chad.husnick@kirkland.com
                 gabriela.hensley@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on April 17, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Jason S. Brookner*
Jason S. Brookner