**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| QVC GROUP, INC., *et al.*,[1] | ) Case No. 26-90447 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**VERIFIED STATEMENT OF CLEARY GOTTLIEB STEEN & HAMILTON
LLP AND MCKOOL SMITH PC PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") and McKool Smith, PC ("McKool" and together with Cleary Gottlieb, "Counsel"), as counsel to certain beneficial holders (or investment managers or advisors acting on behalf of funds and/or accounts that are beneficial holders) of the 8.0% Series A Cumulative Redeemable Preferred Stock issued by QVC Group, Inc. (the "Preferred Shareholders"), hereby submit this verified statement (the "Verified Statement"), and respectfully state as follows:

1.      The Preferred Shareholders have retained Counsel to represent them in connection with the possible appointment of an official preferred equity committee in the above-captioned cases (the "Chapter 11 Cases").

2.      In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of each Preferred Shareholder, and the nature and amount of all disclosable economic interests held by each Preferred Shareholder in relation to the Debtors as of the date

---

[1]      A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 Cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

indicated in **Exhibit A**.  Each interest and interest amount set forth on **Exhibit A** has been provided to Counsel by the applicable Preferred Shareholder.

3.     By filing this Verified Statement, neither Counsel nor the Preferred Shareholder make any representation regarding the validity, amount, allowance or priority of the interests set forth on **Exhibit A** hereto and reserve all rights with respect thereto.

4.     As of the date of this Verified Statement, Counsel represent only the Preferred Shareholders and do not represent or purport to represent any entities other than the Preferred Shareholders in connection with the Chapter 11 Cases.  In addition, the Preferred Shareholders do not represent, or purport to represent, the interests of any other member, or other person, in connection with the Chapter 11 Cases.  In addition, each Preferred Shareholder (a) does not assume any fiduciary or other duties to any other Preferred Shareholder or any other person and (b) does not purport to act or speak on behalf of any other Preferred Shareholder or any other person in connection with these Chapter 11 Cases.

5.     Counsel submit this Verified Statement out of an abundance of caution, and nothing herein should be construed as an admission that (a) the requirements of Bankruptcy Rule 2019 apply to Counsel's representation of the Preferred Shareholders or (b) the Preferred Shareholders constitute a "group" (within the meaning of Section 13(d)(3) or Section 14(d)(2) of the Securities Exchange Act of 1934, as amended or any successor provision), including any group acting for the purpose of acquiring, holding or disposing of securities (within the meaning of Rule 13d 5(b)(1) under the Securities Exchange Act of 1934, as amended or any successor provision).

6.     Nothing contained in this Verified Statement (or **Exhibit A** hereto) should be construed as a limitation upon, or waiver of, each Preferred Shareholder's right to assert, file or amend any claims or proofs of interest in accordance with applicable law and any orders entered in

2

these Chapter 11 Cases, including any order establishing procedures for filing proofs of claim or interests, or to be heard on any other matter in these Chapter 11 Cases.

7. Counsel reserve the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019 (including if and to the extent they become counsel to any additional Preferred Shareholders).

Dated: April 27, 2026
Respectfully submitted,

**MCKOOL SMITH, PC**

*/s/ S. Margie Venus*
S. Margie Venus (SBN 20545900)
John J. Sparacino (SBN 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
Email:  mvenus@mckoolsmith.com
      jsparacino@mckoolsmith.com

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
David H. Botter (*pro hac vice* pending)
Luke A. Barefoot (*pro hac vice* pending)
Joshua Brody (*pro hac vice* pending)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email:  dbotter@cgsh.com
      lbarefoot@cgsh.com
      jbrody@cgsh.com

***Counsel to Cygnus Capital, William Pulman and Kevin Barnes***

4

## Certificate of Service

I certify that on April 27, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ John J. Sparacino*
John J. Sparacino