# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Friday, May 1, 2026

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Luke | Barefoot | Cleary Gottlieb Steen & Hamilton LLP | Certain Preferred Equity Holders |
| David | Botter | Cleary Gottlieb Steen & Hamilton LLP | Certain Preferred Equity Holders |
| Joshua | Brody | Cleary Gottlieb Steen & Hamilton LLP | Certain Preferred Equity Holders |
| Andrew | Carty | Brown Rudnick | Ad Hoc Group of QVC Group Common and Preferred Holders |
| Martine | Forneret | Kobre & Kim LLP | Special Committee of the Board of Directors of QVC Group, Inc. |
| Andrew | Glenn | Glenn Agre Bergman & Fuentes LLP | Ad Hoc Preferred |
| Mark | McKane | Kirkland & Ellis | QVC Group, Inc. |
| Daniel | Saval | Kobre & Kim LLP | Special Committee of the Board of Directors of QVC Group, Inc. |
| Jeff | Saye | None | shareholder |
| Emily | Shanks | Gray Reed | QVC Group, Inc. |
| John | Sparacino | McKool Smith P.C. | Cygnus Capital, William Pulman, and Kevin Barnes |
| Robert | Stark | Brown Rudnick | Ad Hoc Group of QVC Group Common and Preferred Holders |
| Joshua | Sussberg | Kirkland & Ellis | QVC Group, Inc. |
| Mark | Taylor | Kane Russell Coleman Logan PC | Ad Hoc preferred |
| S. Margie | Venus | McKool Smith P.C. | Cygnus Capital, William Pulman, and Kevin Barnes |
| Lydia | Webb | Gray Reed | QVC Group, Inc. |
| Jana | Whitworth | Office of the United States Trustee | U.S. Trustee |
| Paul | Wu | none | shareholder |
| Donna | Xu | Kobre & Kim LLP | Special Committee of the Board of Directors of QVC Group, Inc. |