**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QVC GROUP, INC., *et al.*,[1] | ) | Case No. 26-90447 (ARP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFIED STATEMENT OF THE LINTA AD HOC**
**GROUP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the ad hoc group (the "LINTA Ad Hoc Group") of certain unaffiliated beneficial holders and/or investment advisors or managers of beneficial holders of the 8.500% LINTA Notes, the 4.000% LINTA Exchangeables, the 8.250% LINTA Notes and the 3.750% LINTA Exchangeables, by and through its undersigned counsel, hereby submits this verified statement (this "Verified Statement"), and respectfully states as follows:[2]

1.  As of the date of this Verified Statement, Akin Gump Strauss Hauer & Feld LLP ("Akin") represents the LINTA Ad Hoc Group in connection with the Debtors' chapter 11 cases. Akin does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases. Akin does not represent the LINTA Ad Hoc Group as a "committee" (as such

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' solicitation agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2] Capitalized terms used in this Verified Statement and in **Exhibit A**, but not otherwise defined herein, shall have the meanings ascribed to them in that certain Restructuring Support Agreement dated as of April 16, 2026, by and among the Company Parties and the Consenting Stakeholders (each as defined therein), which is attached as Exhibit A to the *Declaration of Bill Wafford in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 4].

term is employed in title 11 of the United States Code and the Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest or entity other than the LINTA Ad Hoc Group.  In addition, the LINTA Ad Hoc Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

2.      Akin has been advised by the individual members of the LINTA Ad Hoc Group that each member either holds claims or manages accounts that hold claims against the Debtors' estates.  In accordance with Bankruptcy Rule 2019, a list of the names, addresses and "the nature and amount of all disclosable economic interests" in relation to the Debtors, held as of May 1, 2026, as reported to Akin by each member of the LINTA Ad Hoc Group is attached hereto as **Exhibit A**.

3.      The information set forth in **Exhibit A**, which is based on information provided by the applicable members of the LINTA Ad Hoc Group to Akin, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  Akin does not make any representation regarding the validity, amount, allowance or priority of such claims and reserves all rights with respect thereto.  Akin does not own, nor has Akin ever owned, any claims against or interests in the Debtors, except for claims for services rendered to the LINTA Ad Hoc Group.

4.      Nothing contained in this Verified Statement (or any exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of the LINTA Ad Hoc Group or any member of the LINTA Ad Hoc Group, including any right to assert, file and/or amend any claim in accordance with applicable law and any orders entered in these chapter 11 cases.

5.      Additional holders of claims against, or disclosable economic interests in, the Debtors' estates may become members of the LINTA Ad Hoc Group, and certain members of the

LINTA Ad Hoc Group may cease to be members of the LINTA Ad Hoc Group in the future.  Akin reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Respectfully submitted,

Dated: May 4, 2026
       Houston, Texas

*/s/ Brad M. Kahn*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Avi E. Luft (*pro hac vice* pending)
One Bryant Park
New York, New York 10036
Tel:      (212) 872-1000
Fax:      (212) 872-1002
Email:   pdublin@akingump.com
            bkahn@akingump.com
            aluft@akingump.com

- and -

Marty L. Brimmage (State Bar No. 00793386;
S.D. Tex. 30464)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Tel:  (214) 969-2800
Fax:  (214) 969-4343
Email: mbrimmage@akingump.com

*Counsel to the LINTA Ad Hoc Group*

**Exhibit A**[3]

| Name | Address | Nature and Amount of Disclosable Economic Interest[4] |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by Anchorage Capital Advisors, L.P., or an affiliate thereof | 610 Broadway, 6th Foor, New York, NY 10012 | $54,668,000.00 of the 4.000% LINTA Exchangeables $95,578,000.00 of the 3.750% LINTA Exchangeables |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by Aquila Asset Management AG, or an affiliate thereof | Bahnhofstrasse 1, 6340 Baar, Zug, Switzerland | $6,000,000.00 of the 8.250% LINTA Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by Brigade Capital Management LP, or an affiliate thereof | 399 Park Avenue, 16th Floor, New York, NY 10022 | $15,750,000.00 of the 8.500% LINTA Notes $7,700,000.00 of the 4.000% LINTA Exchangeables $76,047,000.00 of the 8.250% LINTA Notes $76,540,000.00 of the 3.750% LINTA Exchangeables $350,000.00 of the QVC 2029 Notes $2,495,000.00 of the QVC 2034 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by Calamos Advisors LLC, or an affiliate thereof | 2020 Calamos Court, Naperville, IL 60563 | $3,963,000.00 of the 8.250% LINTA Notes $1,982,000.00 of the QVC 2034 Notes $342,500.00 of the QVC 2068 Notes 6,850 shares of the QVCG Preferred Equity |

---

[3]  Each entity on this **Exhibit A** holds disclosable economic interests, or acts as investment adviser, sub-adviser or manager, to funds and/or accounts of their respective subsidiaries that hold disclosable economic interests in relation to the Debtors.

[4]  Unless set forth herein, this Verified Statement reflects the nature and amount of disclosable economic interests in the Debtors held by members of the LINTA Ad Hoc Group as disclosed to Akin.  The amounts included herein do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums or other amounts that may be owing under the respective governing documents of the economic interests listed herein.  Certain amounts set forth herein may reflect unsettled trades.

| Name | Address | Nature and Amount of Disclosable Economic Interest[4] |
|---|---|---|
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by JMLJ Capital Fund LP, or an affiliate thereof | 144 Eylandt Street, Staten Island, NY 10312 | $1,086,000.00 of the 8.500% LINTA Notes<br>$1,000,000.00 of the QVC 2029 Notes<br>$75,000.00 of the QVC 2067 Notes<br>$75,000.00 of the QVC 2068 Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by Lazard Asset Management LLC, or an affiliate thereof | 30 Rockefeller Plaza, 56th Floor, New York, NY 10112 | $25,387,000.00 of the 4.000% LINTA Exchangeables<br>$16,950,000.00 of the 3.750% LINTA Exchangeables |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by Manulife Investment Management (US) LLC, or an affiliate thereof | 197 Clarendon Street, Boston, MA 02116 | $18,503,000.00 of the 8.250% LINTA Notes<br>$10,107,000.00 of the QVC 2029 Notes<br>$1,000,000.00 of the QVC 2043 Notes |
| National Life Insurance Company | c/o PineBridge Investments<br>Attn: Jeremy Burton<br>Park Avenue Tower<br>65 East 55th Street,<br>New York, NY 10022 | $5,167,000.00 of the 8.250% LINTA Notes |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised, controlled or directed by PPM America, Inc., or an affiliate thereof | 225 West Wacker Drive, Suite 1200, Chicago, IL 60606 | $9,001,000.00 of the 8.250% LINTA Notes |

2

**<u>Certificate of Service</u>**

I certify that on May 4, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/      *Marty L. Brimmage*
Marty L. Brimmage

3