United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 04, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 26-90447 (ARP) |
|---|---|---|---|
| Debtor | In Re: | QVC Group, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Agustina G. Berro<br>GLENN AGRE BERGMAN & FUENTES LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, NY 10036<br>212-970-1616<br>New York 5202973 |

Seeks to appear as the attorney for this party:

| Adam Gui and Kenneth Grossman (collectively, the "Preferred Shareholder Group") | |
|---|---|
| Dated: | Signed: /s/ Agustina G. Berro |

| COURT USE ONLY: The applicant's state bar reports their status as: **Registered** . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: May 04, 2026

Alfredo R Pérez
United States Bankruptcy Judge