**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
|  | ) |
| QVC GROUP, INC., *et al.*,[1] | ) Case No. 26-90447 (ARP) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF FILING OF VALUATION**
**ANALYSIS AS AN EXHIBIT TO THE DISCLOSURE STATEMENT**
[Related to Docket Nos. 14, 15]

      **PLEASE TAKE NOTICE THAT** on April 16, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement for the Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 14] (the "Disclosure Statement") and the proposed *Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 15] (the "Plan").

      **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the adequacy of the Disclosure Statement, any objections to the Disclosure Statement, confirmation of the Plan, any objections thereto, and any other matter that may properly come before the Bankruptcy Court, will be held on **May 26, 2025, at 9:00 a.m., prevailing Central Time** before the Honorable Judge Perez, United States Bankruptcy Judge, in Courtroom 400 of the United States Bankruptcy Court, 515 Rusk Street Houston, Texas 77002 (the "Court"). Any objections to the Plan or the Disclosure Statement (each, an "Objection") must be filed with the Court by **May 19, 2026, at 11:59 p.m., prevailing Central Time**. Any Objection must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Bankruptcy Local Rules; (c) state the name and address of the objecting party and the amount and nature of the claim beneficially owned by such entity; (d) state with particularity the legal and factual basis for such objections, and, if practicable, a proposed modification to the Plan that would resolve such objections; and (e) be filed with the Bankruptcy Court with proof of service thereof and served upon the notice parties so as to be actually received by the objection deadline.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit the following document attached hereto as an additional exhibit to the Disclosure Statement, as may be modified, amended, or supplemented from time to time:

**Exhibit E**    Valuation Analysis

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan, Disclosure Statement, and all other documents filed in these chapter 11 cases may be obtained (a) free of charge at the website established by the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/QVC, or (b) from the Court's website for a fee http://www.txnb.uscourts.gov via ECF/Pacer.

*[Remainder of page intentionally left blank]*

Dated: May 4, 2026
Houston, Texas

/s/Jason S. Brookner

| **GRAY REED** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

**GRAY REED**
Jason S. Brookner (TX Bar No. 24033684)
Lydia R. Webb (TX Bar No. 24083758)
Emily F. Shanks (TX Bar No. 24110350)
1300 Post Oak Blvd.
Suite 2000
Houston, Texas 77056
Telephone:      (713) 986-7000
Facsimile:      (713) 986-7100
Email:          jbrookner@grayreed.com
                lwebb@grayreed.com
                eshanks@grayreed.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                aparna.yenamandra@kirkland.com

- and -

Chad J. Husnick, P.C. (admitted *pro hac vice*)
Gabriela Zamfir Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          chad.husnick@kirkland.com
                gabriela.hensley@kirkland.com

*Proposed Co-Counsel for the Debtors and
Debtors in Possession*

*Proposed Co-Counsel for the Debtors and
Debtors in Possession*

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 4, 2026.

/s/ *Jason S. Brookner*
Jason S. Brookner