**Exhibit E**

**Valuation Analysis**

**EXHIBIT E**

**VALUATION ANALYSIS**

THE VALUATION INFORMATION CONTAINED HEREIN IS NOT A PREDICTION OR GUARANTEE OF THE ACTUAL MARKET VALUE THAT MAY BE REALIZED THROUGH THE SALE OF ANY SECURITIES TO BE ISSUED PURSUANT TO THE PLAN OR OF THE PRICES AT WHICH ANY SUCH SECURITIES MAY TRADE AFTER GIVING EFFECT TO THE TRANSACTIONS CONTEMPLATED BY THE PLAN. THIS VALUATION IS PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING ADEQUATE INFORMATION AS REQUIRED BY SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS OR INTERESTS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF CLAIMS AGAINST THE DEBTORS OR ANY OF THEIR AFFILIATES. IN ADDITION, THE VALUATION OF NEWLY-ISSUED SECURITIES IS SUBJECT TO ADDITIONAL UNCERTAINTIES AND CONTINGENCIES, ALL OF WHICH ARE DIFFICULT TO PREDICT.  ACTUAL MARKET PRICES OF SUCH SECURITIES AT ISSUANCE WILL DEPEND UPON, AMONG OTHER THINGS, PREVAILING INTEREST RATES, CONDITIONS IN THE FINANCIAL MARKETS, THE ANTICIPATED INITIAL SECURITIES HOLDINGS OF PREPETITION CREDITORS, SOME OF WHICH MAY PREFER TO LIQUIDATE THEIR INVESTMENT RATHER THAN HOLD IT ON A LONG-TERM BASIS, AND OTHER FACTORS WHICH GENERALLY INFLUENCE PRICES OF SECURITIES.

THE ESTIMATES OF THE ENTERPRISE VALUE AND EQUITY VALUE DETERMINED BY EVERCORE REPRESENT ESTIMATED VALUES AND DO NOT REFLECT VALUES THAT COULD BE ATTAINABLE IN PUBLIC OR PRIVATE MARKETS. THE IMPUTED ESTIMATE OF THE RANGE OF THE EQUITY VALUE OF THE REORGANIZED DEBTORS ASCRIBED IN THE ANALYSIS DOES NOT PURPORT TO BE AN ESTIMATE OF THE POST-REORGANIZATION MARKET TRADING VALUE.  ANY SUCH TRADING VALUE MAY BE MATERIALLY DIFFERENT FROM THE IMPUTED ESTIMATE OF THE EQUITY VALUE RANGE FOR THE REORGANIZED DEBTORS ASSOCIATED WITH EVERCORE'S VALUATION ANALYSIS.

Solely for purposes of formulation and negotiation of the Plan[1] and the Disclosure Statement and analysis of implied relative recoveries to creditors thereunder, Evercore Group L.L.C. ("Evercore"), as investment banker to the Debtors and at their request, has estimated the enterprise value (the "Net Enterprise Value") of the Reorganized Debtors on a going concern basis as of an assumed Effective Date of August 31, 2026 (the "Assumed Effective Date"). The valuation analysis is based on projections provided by the Debtors' management (the "Financial Projections") for the years 2026 through 2029 (the "Projection Period"). The valuation analysis herein is presented net of the 40% minority interest in QVC Japan held by Mitsui & Co, LTD.

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the *Disclosure Statement for the Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, to which this exhibit is attached as **Exhibit E**.

In estimating the Net Enterprise Value of the Reorganized Debtors, Evercore met with the Debtors' senior management team to discuss the Debtors' assets, operations and future prospects; reviewed the Debtors' historical financial information; reviewed the Financial Projections; reviewed publicly available third-party information; and conducted such other studies, analyses, and inquiries Evercore deemed appropriate. Further, with the consent of the Debtors, Evercore has relied upon and assumed, and expresses no view as to, the accuracy, completeness, and fairness of such financial and other information. Evercore did not attempt to independently audit or verify such information, nor did it seek or perform an independent appraisal of the assets or liabilities of the Debtors or the Reorganized Debtors. Evercore did not conduct an independent investigation into any of the legal, tax, pension or accounting matters affecting the Debtors or the Reorganized Debtors and therefore takes no responsibility for and makes no representation as to their impact on the Debtors or the Reorganized Debtors from a financial point of view.

The valuation information set forth in this **Exhibit E** to the Disclosure Statement represents a valuation of the Reorganized Debtors as the continuing operators of the business and assets of the Debtors, after giving effect to the Plan, based on the application of standard valuation techniques and subject to the assumptions and qualifications set forth herein. The estimated values set forth below: (i) do not purport to constitute an appraisal of the assets of the Reorganized Debtors; (ii) do not constitute an opinion on the terms and provisions or fairness from a financial point of view to any person of the consideration to be received by such person under the Plan; (iii) do not constitute a recommendation to any holder of Allowed Claims or Interests as to how such holder should vote or otherwise act with respect to the Plan; and (iv) do not necessarily reflect the actual market value that might be realized through a sale or liquidation of the Reorganized Debtors. The actual value of an operating business such as the Reorganized Debtors' business is subject to uncertainties and contingencies that are difficult to predict and will fluctuate with changes in various factors affecting the financial conditions and prospects of such a business. Because valuation estimates are inherently subject to uncertainties, none of the Debtors, Evercore, or any other person assumes responsibility for their accuracy or any differences between the estimated valuation ranges herein and any actual outcome.

The Financial Projections are attached as **Exhibit C** to the Disclosure Statement. The estimated values set forth herein assume that the Reorganized Debtors will achieve the results set forth in their Financial Projections in all material respects. Evercore understands that the Financial Projections: (i) have been prepared in good faith; (ii) are based on fully disclosed assumptions, which, in light of the circumstances under which they were made, are reasonable; (iii) reflect the Debtors' best currently available estimates; and (iv) reflect the Debtors' good faith judgments. Evercore does not express any view as to the attainability of the Financial Projections. As disclosed in the Disclosure Statement, the future results of the Reorganized Debtors are dependent upon various factors, many of which are beyond the control or knowledge of the Debtors or Evercore, and consequently are inherently difficult to project. The Reorganized Debtors' actual future results may differ materially (positively or negatively) from the Financial Projections, and as a result, the actual Net Enterprise Value of the Reorganized Debtors may be significantly higher or lower than the range estimated herein.

This valuation report contemplates facts and conditions known and existing as of the date of the Disclosure Statement. Events and conditions subsequent to this date, including updated projections, as well as other factors, could have a substantial effect upon the Net Enterprise Value. Among other things, failure to consummate the Plan in a timely manner may have a materially

2

negative effect on the Net Enterprise Value. For purposes of this valuation, Evercore has assumed that no material changes that would affect the Net Enterprise Value will occur between the date of the Disclosure Statement and the Assumed Effective Date. Neither Evercore nor the Debtors has any obligation to update, revise or reaffirm this valuation.

The following is a brief summary of certain financial analyses performed by Evercore to arrive at its recommended range of estimated Net Enterprise Value for the Reorganized Debtors and does not purport to be a complete description of all of the analyses and factors undertaken to support Evercore's conclusions. The preparation of a valuation is a complex process involving various determinations as to the most appropriate analyses and factors to consider, and the application of those analyses and factors under the particular circumstances. As a result, the process involved in preparing a valuation report is not readily summarized.

In arriving at its valuation estimate, Evercore did not consider any one analysis or factor to the exclusion of any other analyses or factors. Accordingly, Evercore believes that its analysis and views must be considered as a whole and that selecting portions of its analysis and factors could create a misleading or incomplete view of the processes underlying the preparation of the valuation. Reliance on only one of the methodologies used or portions of the analysis performed could create a misleading or incomplete conclusion as to the estimated Net Enterprise Value.

In performing its analysis, Evercore applied the following valuation methodologies as applicable to the operations of the Debtors: (i) a discounted cash flow analysis; and (ii) a trading multiples analysis.

1)      **Discounted Cash Flow Analysis**

The discounted cash flow ("DCF") analysis estimates the value of the Debtors' business by calculating the present value of future unlevered after-tax free cash flows ("Expected Future Cash Flows") to be generated by the business assuming that the Financial Projections are realized. Under this methodology, Expected Future Cash Flows are discounted by a range of discount rates above and below the Debtors' weighted average cost of capital (the "Discount Rate"), as estimated by Evercore utilizing, among other assumptions, the capital asset pricing model.  The Net Enterprise Value of the Reorganized Debtors is determined by calculating the present value of the Expected Future Cash Flows over the course of the Projection Period plus an estimate for the value of the Reorganized Debtors beyond the Projection Period, known as the terminal value. The terminal value is calculated using perpetuity growth rates.

Although formulaic methods are used to derive the key estimates for the DCF methodology, their application and interpretation still involve complex considerations and judgments concerning potential variances in the projected financial and operating characteristics of the Reorganized Debtors, which in turn affect their cost of capital and terminal values. Evercore did not rely on any business projections beyond the Projection Period in its DCF analysis, and as a consequence, the implied valuations that result using the DCF methodology are highly dependent on terminal values.

2)      **Trading Multiples Analysis**

The trading multiples analysis estimates the value of a company based on a relative comparison with other publicly traded entities with certain generally similar operating and financial characteristics. Under this methodology, the enterprise value for each selected public

3

entity is determined by examining the trading value for the equity of such entity in the public markets and adding the aggregate amount of outstanding net debt for such entity. Such enterprise values are commonly expressed as multiples of various financial and operating statistics, such as earnings before interest, taxes and depreciation and amortization expense and other one-time costs ("Adj. EBITDA"). The implied enterprise value is then calculated by applying these multiples to the Reorganized Debtors' actual and projected financial and operational metrics. While a set of publicly traded entities with certain generally similar operating and financial characteristics were used for this analysis, no entity used in the trading multiple analysis is identical or directly comparable to the Reorganized Debtors' business operations. In order to calculate trading multiples, Evercore relied on publicly available filings with the SEC and equity research analyst consensus estimates. The selection of public entities for this purpose was based upon characteristics that were deemed relevant based on Evercore's professional judgment.

The selection of appropriate public entities is often difficult, a matter of judgment and subject to limitations due to sample size and the availability of meaningful market-based information. Accordingly, Evercore's comparison of the selected entities to the business of the Reorganized Debtors and analysis of the results of such comparisons was not purely mathematical, but instead necessarily involved complex considerations and judgments concerning differences in financial and operating characteristics and other factors that could affect the relative values of the selected companies and the Reorganized Debtors.

**3) Net Enterprise Value and Implied Equity Value**

The assumed range of the reorganization value, as of the Assumed Effective Date, reflects work performed by Evercore on the basis of information with respect to the business and assets of the Debtors available to Evercore as of the date of the Disclosure Statement.

As a result of the analyses described herein, and subject to the disclaimers and explanations set forth herein, Evercore estimates the Net Enterprise Value of the Reorganized Debtors to be approximately $1,850 million to $2,250 million, with a midpoint of $2,050 million, as of the Assumed Effective Date. After deducting pro forma funded debt of $1,275 million[2] and adding estimated emergence cash of $423 million (which includes $350 million[3] of unrestricted cash and cash equivalents at QVC, Inc. and an estimated $73 million[4] of unrestricted cash and cash equivalents held at Cornerstone Brands, Inc.) projected as of the Assumed Effective Date, Evercore's estimate of Net Enterprise Value implies a value for the QVC New Equity Interests (the "Equity Value") of approximately $998 million to $1,398 million, with a midpoint of $1,198 million.

Depending on the actual financial results of the Debtors or changes in the financial markets, and due to the assumptions and other uncertainties described above, the enterprise value of the Debtors may differ from the estimated Net Enterprise Value as of the Assumed Effective Date set forth herein. In addition, the market prices, to the extent there is a market, of the Reorganized

---

[2] As set forth in the Plan, Takeback Debt may be increased to $1,325 million conditional upon receiving an Exit ABL without a minimum utilization requirement.

[3] As set forth in the Plan, unrestricted QVC cash may be reduced to $325 million conditional upon meeting certain emergence liquidity conditions.

[4] As stated in the Liquidation Analysis attached as **Exhibit D** to the Disclosure Statement.

Debtors' securities will depend upon additional uncertainties and contingencies including, among other things, prevailing interest rates, conditions in the financial markets, the investment decisions of the prepetition creditors receiving such securities under the Plan (some of whom may prefer to liquidate their investment rather than hold it on a long-term basis), and other factors that generally influence the prices of securities, all of which are difficult to predict. Actual market prices for such securities also may be affected by the Debtors' chapter 11 cases or other factors not possible to predict. Accordingly, the Net Enterprise Value estimated above does not purport to be an estimate of the post-reorganization market-trading value of the Reorganized Debtors or their securities. Such trading value may be materially different from the Net Enterprise Value ranges associated with this valuation analysis.