**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
QVC GROUP, INC., et al.,¹                                :   Case No. 26-90447 (ARP)
                                                         :
                                                         :   (Jointly Administered)
                         Debtors.                        :
                                                         x
-------------------------------------------------------
```

**THE UNITED STATES TRUSTEE'S
NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE ALFREDO R. PÉREZ, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| Waco Shoe Company<br>Jeffrey Antonioli, CEO<br>6301 Imperial Drive<br>Waco, Texas 76712 | Mayer LLP<br>John Morkovsky<br>900 Washington Avenue, Suite 504<br>Waco, Texas 76701 |
| JCL Design LLC<br>Chad Liang, President<br>389 5th Avenue, Suite 1100<br>New York, NY 10016 | Fox Rothschild LLP<br>William Stassen<br>2001 Market St Suite 1700<br>Philadelphia, PA 19103 |
| Easy Way Leisure Corp<br>Glen Napolitano, CFO<br>8950 Rossash Road<br>Cincinnati, OH 45236 | Hunton Andrews Kurth LLP<br>Greg Hesse<br>1445 Ross Avenue, Suite 3700<br>Dallas, Texas 75202 |
| Brandie Speed<br>c/o Micaela L. De Guzman, Esq.<br>**MOON LAW GROUP, PC**<br>725 South Figueroa St., 31st Floor<br>Los Angeles, CA 90017 | |

---

¹ A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

SIGNED on May 6, 2026.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
(713) 718-4673 - Telephone
(713) 718-4670  - Fax

By:     /s/ *Jana Smith Whitworth*
        Jana Smith Whitworth, Trial Attorney
        SBOT No. 00797453/Fed. ID No. 20656
        Email: Jana.Whitworth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on  May 6, 2026.

*/s/Jana Smith Whitworth*
Jana Smith Whitworth