**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QVC GROUP, INC., *et al.*,[1] | ) | Case No. 26-90447 (ARP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF CONTINUED HEARING**

**PLEASE TAKE NOTICE** that, on April 17, 2026, the Debtors filed the following

motions (collectively, the "Pending Motions"):

a.   *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, and (C) Continue Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Transactions and (III) Granting Related Relief* [Docket No. 5];

b.   *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of All Trade Claims, (II) Confirming the Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 19];

c.   *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the QVC Debtors (A) to Enter Into the DIP LC Facility, (B) Fund the LC Cash Collateral Account, and (C) Grant Liens and Provide Administrative Expense Claims, (II) Modifying the Automatic Stay, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 53]; and

d.   *Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Stock, (II) Directing that Any Such Transfer or Declaration of Worthlessness in Violation of Such Procedures be Null and Void* Ab Initio*, and (III) Granting Related Relief* [Docket No. 12].

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

**PLEASE TAKE FURTHER NOTICE** that the **hybrid hearing** (the "Hearing") to consider entry of the final orders regarding the Pending Motions, which was previously scheduled for Friday, May 8, 2026, at 11:00 a.m. (prevailing Central Time), has been continued to **Monday, May 18, 2026, at 1:00 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that participation in the Hearing may be by in-person attendance or virtually by an audio and video connection.  In person attendance will be before the Honorable Alfredo R. Pérez, U.S. Bankruptcy Judge for the Southern District of Texas, Houston Division.  Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility at 832-917-1510.  Once connected, you will be asked to enter the conference room number.   Judge Pérez's conference room number is 282694.   Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application    or    click    the    link    on    Judge    Alfredo    Pérez's    homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "Judge Perez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing.  To make your appearance, click the "Electronic Appearance" link on Judge Pérez's home page.  Select the case name, complete the required fields, and click "submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://restructuring.ra.kroll.com/QVC.  Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  May 8, 2026

*/s/ Jason S. Brookner*

**GRAY REED**
Jason S. Brookner (TX Bar No. 24033684)
Lydia R. Webb (TX Bar No. 24083758)
Emily F. Shanks (TX Bar No. 24110350)
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:      (713) 986-7000
Facsimile:      (713) 986-7100
Email:          jbrookner@grayreed.com
                lwebb@grayreed.com
                eshanks@grayreed.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                aparna.yenamandra@kirkland.com

- and -

Chad J. Husnick, P.C. (admitted *pro hac vice*)
Gabriela Zamfir Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          chad.husnick@kirkland.com
                gabriela.hensley@kirkland.com

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on May 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/  *Jason S. Brookner*
Jason S. Brookner

4914-8900-6762