IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>QVC GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90447 (ARP)<br><br>(Jointly Administered) |

**AMENDED VERIFIED STATEMENT OF GLENN AGRE BERGMAN & FUENTES LLP, CLEARY GOTTLIEB STEEN & HAMILTON LLP, AND KANE RUSSELL COLEMAN LOGAN PC PURSUANT TO BANKRUPTCY RULE 2019**

Glenn Agre Bergman & Fuentes LLP ("Glenn Agre"), Cleary Gottlieb Steen & Hamilton LLP ("CGSH"), and Kane Russell Coleman Logan PC ("KRCL" and, together with Glenn Agre and CGSH, "Counsel"), as counsel to certain beneficial holders (or investment managers or advisors acting on behalf of funds and/or accounts that are beneficial holders) of the 8.0% Series A Cumulative Redeemable Preferred Stock (the "Preferred Stock" and holders of the Preferred Stock, the "Preferred Shareholders") issued by QVC Group, Inc. ("QVCG" and, together with its subsidiaries and affiliates in the above-captioned Chapter 11 Cases, the "Debtors"), hereby submit this verified statement (the "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully state as follows:

1.      Prior to the date hereof, certain of the Preferred Shareholders retained CGSH or Glenn Agre to represent them in connection with the Chapter 11 Cases.  CGSH and Glenn Agre subsequently arranged for the Preferred Shareholders to jointly engage both firms and to engage KRCL as its local counsel.

---

[1]      A complete list of each of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 Cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

1

2.      As of the date of this Verified Statement, Counsel represents the Preferred Shareholders set forth in **Exhibit A**, attached hereto.

3.      As of the date of this Verified Statement, Counsel represents the Preferred Shareholders and does not represent or purport to represent any entities other than the Preferred Shareholders in connection with the Chapter 11 Cases.  In addition, none of the Preferred Shareholders represent or purport to represent any other entities in connection with these cases.

4.      The Preferred Shareholders have indicated to Counsel that they hold disclosable economic interests or act as investment managers or investment advisors to funds and/or accounts that hold disclosable economic interests in relation to the Debtors.  In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each Preferred Shareholder, **Exhibit A** contains a list of the names, addresses, nature, and amount of all disclosable economic interests of each present Preferred Shareholder in relation to the Debtors.

5.      By filing this Verified Statement, neither Counsel nor the Preferred Shareholders make any representation regarding the validity, amount, allowance or priority of the interests set forth on **Exhibit A** hereto and reserve all rights with respect thereto.

6.      Nothing contained in this Verified Statement (or **Exhibit A** hereto) should be construed as a limitation upon, or waiver of, each Preferred Shareholder's right to assert, file or amend any claims or proofs of interest in accordance with applicable law and any orders entered in these Chapter 11 Cases, including any order establishing procedures for filing proofs of claim or interests, or to be heard on any other matter in the Chapter 11 Cases.

7.      Additional Preferred Shareholders may join the Preferred Shareholders listed on **Exhibit A**, and certain Preferred Shareholders may cease to be represented by Counsel in the

2

future.  Counsel reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

8.     Counsel submits this Verified Statement out of an abundance of caution, and nothing herein should be construed as an admission that (a) the requirements of Bankruptcy Rule 2019 apply to Counsel's representation of the Preferred Shareholders or (b) the Preferred Shareholders constitute a "group" (within the meaning of Section 13(d)(3) or Section 14(d)(2) of the Securities Exchange Act of 1934, as amended or any successor provision), including any group acting for the purpose of acquiring, holding or disposing of securities (within the meaning of Rule 13d 5(b)(1) under the Securities Exchange Act of 1934, as amended or any successor provision).

9.     The information in this Verified Statement was provided by each Preferred Shareholder to Counsel as of the date hereof.  The undersigned verify that the foregoing is true and correct to the best of their knowledge and belief.

Dated: May 8, 2026

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ *Mark C. Taylor*
Mark C. Taylor
Texas Bar No. 19713225
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: mtaylor@krcl.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**

Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1601
Email: aglenn@glennagre.com
       kmayr@glennagre.com
       aberro@glennagre.com

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
David H. Botter (admitted *pro hac vice*)
Joshua Brody (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: dbotter@cgsh.com
       jbrody@cgsh.com

*Counsel to Preferred Shareholders*

**<u>Certificate of Service</u>**

I hereby certify that, on May 8, 2026, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive electronic notice in this case.

/s/  *Mark C. Taylor*
Mark C. Taylor

**Exhibit A**[1]

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| Adam Gui | Adam Gui<br>1750 W. Ogden #4106<br>Naperville, IL 60540 | **Preferred Stock**<br>15,000 shares |
| Asterozoa Capital | 2325 E Camelback Road<br>Suite 443<br>Phoenix, Arizona 85016 | **Preferred Stock**<br>106,308 shares |
| Converium Capital | 1250 René-Lévesque Blvd<br>West, Suite 4030, Montreal,<br>QC H3B 4W8, Canada | **Preferred Stock**<br>179,950 shares |
| Cygnus Capital | 3060 Peachtree Road NW<br>Suite 1080<br>Atlanta, GA 30305 | **Preferred Stock**<br>1,248,003 shares<br><br>**Class A Common Stock**<br>1,800 shares |
| Fore Capital | 589 Fifth Ave,<br>Suite 808,<br>New York, NY 10017 | **Preferred Stock**<br>128,272 shares |
| Highbridge Tactical Credit Master Fund, L.P. | 390 Madison Avenue<br>28th Floor<br>New York, NY 10017 | **Preferred Stock**<br>300,498 shares |
| Highbridge Tactical Credit Institutional Fund, Ltd. | 390 Madison Avenue<br>28th Floor<br>New York, NY 10017 | **Preferred Stock**<br>56,119 shares |
| Kawa Fund Limited | 1010 S. Federal Hwy,<br>Ste. 2900,<br>Hallandale Beach, FL 33009 | **Preferred Stock**<br>402,676 shares |

---

[1]    To the best of Counsel's knowledge, the information herein is accurate as of May 8, 2026.

| Name | Address | Nature and Amount of Disclosable Economic Interests |
| --- | --- | --- |
| Kenneth Grossman | Kenneth Grossman<br>18 Norfolk Rd.<br>Great Neck, NY 11020 | **Preferred Stock**<br>66,331 shares |
| Kevin Barnes | Kevin Barnes<br>4030 S. Whitehorse Rd.,<br>#408<br>Malvern, PA 19432 | **Preferred Stock**<br>20,000 shares |
| Plum Island Partners, LLC | 777 Third Avenue,<br>36th Floor<br>New York, NY 10017 | **Preferred Stock**<br>241,081 shares |
| Tiger Hill Advisors | 162-168 Regent Street<br>London W1B 5TG | **Preferred Stock**<br>50,000 shares |