**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| QVC GROUP, INC., *et al.*,[1] | Case No. 26-90447 (ARP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING**
**(RE: DOC. 205)**

**PLEASE TAKE NOTICE** that on May 8, 2026, Certain Preferred Shareholders (the "Preferred Shareholders")[2] of QVC Group, Inc. ("QVCG" and, together with its subsidiaries and affiliates in the above-captioned Chapter 11 Cases, the "Debtors") filed their *Emergency Motion of the Preferred Shareholders to Terminate Exclusivity Under 11 U.S.C. § 1121(d)* [Doc. 205[3]] (the "Motion to Terminate").

PLEASE TAKE FURTHER NOTICE that a **hybrid hearing** (the "Hearing") on the Motion to Terminate will be held on **Monday, May 18, 2026 at 1:00 p.m. (prevailing Central time)**.

PLEASE TAKE FURTHER NOTICE that participation in the Hearing may be by in-person attendance or virtually by an audio and video connection. In person attendance will be before the Honorable Alfredo R. Pérez, U.S. Bankruptcy Judge for the Southern District of Texas,

---

[1]   A complete list of each of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 Cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2]   The Preferred Shareholders are certain institutional and individual holders of the 8.000% Series A Cumulative Redeemable Preferred Stock (the "Preferred Stock") issued by QVCG identified in the *Amended Verified Statement Pursuant to Bankruptcy Rule 2019* filed on May 8, 2026 [Doc. 204] (as may be amended from time to time).

[3]   A sealed version of the Motion to Terminate was filed at Doc. 207.

1

Houston Division. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Alfredo Pérez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "Judge Perez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields, and click "submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://restructuring.ra.kroll.com/QVC. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: May 11, 2026

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ *Mark C. Taylor*
Mark C. Taylor
Texas Bar No. 19713225
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: mtaylor@krcl.com

**GLENN AGRE BERGMAN & FUENTES LLP**

Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1601
Email: aglenn@glennagre.com
         kmayr@glennagre.com
         aberro@glennagre.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

David H. Botter (admitted *pro hac vice*)
Joshua Brody (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: dbotter@cgsh.com
         jbrody@cgsh.com

*Counsel to the Preferred Shareholders*

## Certificate of Service

I hereby certify that, on May 11, 2026, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive electronic notice in this case.

 /s/ *Mark C. Taylor*
Mark C. Taylor

3