**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| QVC GROUP, INC., *et al.*,[1] | Case No. 26-90447 (ARP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES OF**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors (the "**Committee**"), a party in interest in the above-captioned chapter 11 cases, hereby appears by and through its proposed counsel, Pachulski Stang Ziehl & Jones LLP ("**PSZJ**").  PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix and service lists in these chapter 11 cases.  PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

herein or in any related adversary proceeding, be given and served upon the Committee through service upon PSZJ at the addresses, telephone numbers, and facsimile numbers set forth below:

| PACHULSKI STANG ZIEHL & JONES LLP | | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|---|
| Michael D. Warner (TX Bar No. 00792304) | | Robert J. Feinstein |
| 700 Louisiana Street, Suite 4500 | | Bradford J. Sandler |
| Houston, TX 77002 | | 1700 Broadway, 36th Floor |
| Telephone:   (713) 691-9385 | -and- | New York, NY 10019 |
| Facsimile:   (713) 691-9407 | | Telephone:   (212) 561-7700 |
| Email:        mwarner@pszjlaw.com | | Facsimile:   (212) 561-7777 |
| | | Email:        rfeinstein@pszjlaw.com |
| | | bsandler@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these chapter 11 cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given with regard to the above-referenced chapter 11 cases and the proceedings therein, all of which shall be sent to PSZJ, as listed above.

**PLEASE TAKE FURTHER NOTICE THAT** neither this *Notice of Appearance* nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy

Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly reserved.

Dated:   May 12, 2026
        Houston, Texas

Respectfully submitted,

*/s/ Michael D. Warner*
PACHULSKI STANG ZIEHL & JONES LLP
Michael D. Warner (TX Bar No. 00792304)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:   (713) 691-9385
Facsimile:   (713) 691-9407
Email:         mwarner@pszjlaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (*pro hac vice* forthcoming)
Bradford J. Sandler (*pro hac vice* forthcoming)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:         rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com

*Proposed Counsel to*
*the Official Committee of Unsecured Creditors*

### Certificate of Service

I hereby certify that, on May 12, 2026, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Michael D. Warner*
Michael D. Warner

3