United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| QVC GROUP, INC., *et al.*,[1] | Case No. 26-90447 (ARP) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING EMERGENCY MOTION FOR STATUS CONFERENCE**

CAME ON FOR CONSIDERATION *Emergency Motion of the Preferred Shareholders for Status Conference* (the "**Motion**")[2] filed by Certain Preferred Shareholders (the "Preferred Shareholders")[3] of QVC Group, Inc. requesting that the Court set a status conference in this case. The Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion has been provided, and no other or further notice is necessary; and (iv) good and sufficient cause exists for granting the relief set forth herein. Accordingly, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      A status conference is set for May 13, 2026 at 2:15 PM virtual only.

3.      The Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

---

[1]      A complete list of each of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 Cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2]      Capitalized terms not defined herein have the meanings provided in the Motion unless otherwise noted.

[3]      The Preferred Shareholders are certain institutional and individual holders of the 8.000% Series A Cumulative Redeemable Preferred Stock (the "Preferred Stock") issued by QVCG identified in the amended Verified Statement pursuant to Bankruptcy Rule 2019 (Doc. 204).

Signed: May 13, 2026

Alfredo R Pérez
United States Bankruptcy Judge