**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QVC GROUP, INC., *et al.*,[1] | ) | Case No. 26-90447 (ARP) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF ADJOURNMENT**
**OF MATTERS SCHEDULED TO BE HEARD**
**ON MAY 26, 2026, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**
**(CONFIRMATION & FINAL NOL HEARING)**

**PLEASE TAKE NOTICE** that, on April 17, 2026, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 15] (the "Plan") and the *Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Stock, (II) Directing That Any Such Transfer or Declaration of Worthlessness in Violation of Such Procedures Be Null and Void* Ab Initio*, and (III) Granting Related Relief* [Docket No. 12] (the "NOL Motion") with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 17, 2026, the Court entered the *Order (I) Scheduling a Combined Disclosure Statement and Plan Confirmation Hearing, (II) Approving the Solicitation Procedures, (III) Approving the Deadlines and Notices Related Thereto; (IV) Waiving Certain Requirements in Connection Therewith, and (V) Granting Related Relief*

---

1    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[Docket No. 70] (the "Disclosure Statement Order"), which scheduled the hearing to consider confirmation of the Plan (the "Confirmation Hearing") for May 26, 2026, at 9:00 a.m. (prevailing Central Time).

PLEASE TAKE FURTHER NOTICE that, on May 12, 2026, the Debtors filed the *Plan Supplement for the Debtors' Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 212].

PLEASE TAKE FURTHER NOTICE that, on May 19, 2026, the Debtors filed the *First Amended Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 289] and *Second Plan Supplement for the Debtors' Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 293].

PLEASE TAKE FURTHER NOTICE that the hearing to consider the final relief requested in the NOL Motion was originally scheduled for May 8, 2026, at 11:00 a.m. (prevailing Central Time), was adjourned to May 18, 2026, at 1:00 p.m. (prevailing Central Time) [Docket No. 201], and was further adjourned to May 26, 2026 at 9:00 a.m. (prevailing Central Time).

PLEASE TAKE FURTHER NOTICE that all matters previously scheduled to be heard on May 26, 2026 at 9:00 a.m. (prevailing Central Time) (or in connection with the Confirmation Hearing), including the hearing to consider the final relief requested in the NOL Motion and the hearing on the *Emergency Motion of the Preferred Shareholders to Terminate Exclusivity Under 11 U.S.C. § 1121(d)* [Docket No. 205], have been adjourned to **June 4, 2026, at 1:00 p.m. (prevailing Central Time)**.

PLEASE TAKE FURTHER NOTICE that participation in the Confirmation Hearing may be by in-person attendance or virtual by an audio and video connection.  In person attendance

will be before the Honorable Alfredo R. Pérez, U.S. Bankruptcy Judge for the Southern District of Texas, Houston Division.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510.   Once connected, you will be asked to enter the conference room number.   Judge Pérez's conference room number is 282694.   Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Alfredo Pérez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "Judge Perez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Confirmation Hearing.  To make your appearance, click the "Electronic Appearance" link on Judge Pérez's home page.  Select the case name, complete the required fields, and click "submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://restructuring.ra.kroll.com/QVC.  Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  May 19, 2026

/s/  Jason S. Brookner

| | |
|---|---|
| **GRAY REED** | **KIRKLAND & ELLIS LLP** |
| Jason S. Brookner (TX Bar No. 24033684) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Lydia R. Webb (TX Bar No. 24083758) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Emily F. Shanks (TX Bar No. 24110350) | Aparna Yenamandra, P.C. (admitted *pro hac vice*) |
| 1300 Post Oak Blvd. | 601 Lexington Avenue |
| Suite 2000 | New York, New York 10022 |
| Houston, Texas 77056 | Telephone:      (212) 446-4800 |
| Telephone:      (713) 986-7000 | Facsimile:      (212) 446-4900 |
| Facsimile:   (713) 986-7100 | Email:           joshua.sussberg@kirkland.com |
| Email:           jbrookner@grayreed.com | aparna.yenamandra@kirkland.com |
| lwebb@grayreed.com | |
| eshanks@grayreed.com | - and - |
| | |
| | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| | Gabriela Zamfir Hensley (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:      (312) 862-2000 |
| | Facsimile:      (312) 862-2200 |
| | Email:           chad.husnick@kirkland.com |
| | gabriela.hensley@kirkland.com |
| | |
| *Proposed Co-Counsel for the Debtors and Debtors in Possession* | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |

**<u>Certificate of Service</u>**

I certify that on May 19, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/  Jason S. Brookner*
Jason S. Brookner

2