**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| QVC GROUP, INC., *et al.*,[1] | ) Case No. 26-90447 (ARP) |
|  | ) |
|  | ) |
| Debtors. | ) |
|  | ) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Travelers Casualty and Surety Company of America ("Travelers"), a party in interest in the above-captioned cases, hereby appears by its counsel, Womble Bond Dickinson (US) LLP ("Counsel"). Counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that the undersigned be added to the official mailing matrix and service lists in these cases. Counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Travelers through service upon Counsel at the addresses, telephone, and facsimile

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed solicitation agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

numbers set forth below:

Lisa Bittle Tancredi
**Womble Bond Dickinson (US) LLP**
100 Light Street, 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5810
Fax: (410) 545-5801
Facsimile: (212) 294-4700
Email: lisa.tancredi@wbd-us.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Travelers, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Travelers may be entitled in law or in equity,

2

all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 22, 2026

<u>/s/ Lisa Bittle Tancredi</u> *(pro hac vice pending)*
Lisa Bittle Tancredi
MD Bar No. 22440
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5810
Fax: (410) 545-5801
Email: Lisa.Tancredi@wbd-us.com

*Counsel for Travelers Casualty and Surety Company of America*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of May, 2026, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s/ Jacob W. Edwards*
Jacob W. Edwards