United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 27, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QVC GROUP, INC., *et al.*,[1] | ) | Case No. 26-90447 (ARP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**STIPULATION AND ORDER ESTABLISHING
CERTAIN CONFIRMATION-RELATED DATES**

QVC Group, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), the Preferred Shareholders,[2] and the Official Committee of Unsecured Creditors ("Committee," and together with the Debtors and the Preferred Shareholders, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation.

WHEREAS, on May 13 and May 18, 2026, the Court held a status conference to hear the Parties' positions on the scheduling of hearings on the Combined Disclosure Statement and Plan Confirmation and the *Emergency Motion of the Preferred Shareholders to Terminate Exclusivity Under 11 U.S.C. § 1121(d)* [Docket No. 205] (the "Motion to Terminate Exclusivity").

WHEREAS, on May 18, 2026, the Court set the Combined Disclosure Statement and Plan Confirmation hearing for June 4, 2026, at 1:00 p.m. (prevailing Central Time).

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2]   The Preferred Shareholders means certain beneficial holders (or investment managers or advisors acting on behalf of funds and/or accounts that are beneficial holders) of the 8.0% Series A Cumulative Redeemable Preferred Stock issued by QVC Group, Inc. that are represented in the above-captioned chapter 11 cases by Glenn Agre Bergman & Fuentes LLP, Cleary Gottlieb Steen & Hamilton LLP, and Kane Russell Coleman Logan PC. *See* Docket No. 204 (as may be amended or supplemented).

WHEREAS, the Parties continued to confer regarding the scheduling of certain interim dates related to the Combined Disclosure Statement and Plan Confirmation and the Motion to Terminate Exclusivity.

**The Parties hereby stipulate and agree, and the Court hereby ORDERS as follows:**

1.      **Schedule.** The following schedule shall govern regarding the Combined Disclosure Statement and Plan Confirmation and the Motion to Terminate Exclusivity:

| Event | Date |
|---|---|
| Filing Deadline – Preferred Shareholders' Plan Objection | Monday, May 25, 2026, at 11:59 p.m. EDT |
| Filing Deadline – Oppositions to Motion to Terminate Exclusivity | Monday, May 25, 2026, at 11:59 p.m. EDT |
| Exchange Deadline – Opening Expert Reports and Disclosures | Tuesday, May 26, 2026, at 12:00 p.m. EDT |
| Exchange Deadline – Initial Witness/Exhibit Lists | Tuesday, May 26, 2026, at 11:59 p.m. EDT |
| Filing Deadline – Replies in Support of Confirmation | Monday, June 1, 2026, at 11:59 p.m. EDT |
| Filing Deadline – Replies in Support of Motion to Terminate Exclusivity | Monday, June 1, 2026, at 11:59 p.m. EDT |
| Exchange Deadline – Final Witness and Exhibit Lists[3] | Tuesday, June 2, 2026, at 11:59 p.m. EDT |

---

[3]   If a party discloses on its final witness list a witness who has not yet been deposed, that person shall be made available for a deposition at least 48 hours before his or her trial testimony.

| Event | Date |
|---|---|
| Exchange Deadline – Optional Rebuttal Expert Reports[4] | Wednesday, June 3, 2026, at 12:00 p.m. EDT |
| Filing Deadline – Declarations Submitted in Lieu of Live Testimony[5] | No Later Than 48 Hours Prior to Being Called as Witnesses at Trial |
| Confirmation Hearing | Thursday, June 4, 2026 (1:00 p.m. CDT)<br><br>Friday, June 5, 2026 (3:00 p.m. CDT)<br><br>Monday, June 8, 2026 (9:00 a.m. CDT)<br><br>Tuesday, June 9, 2026 (1:00 p.m. CDT)<br><br>TBD Thereafter (as needed) |

2.      **Amendments or Modifications.**  The Parties acting together may amend or modify the terms of this Scheduling Order (provided the amendment or modification is acceptable to each of the Debtors, Committee, and Preferred Shareholder group – email approval being sufficient) without further order by the Court upon filing of written notice of such amendment or modification with the Court.  The Court may amend or modify the terms of this Order for good cause shown.

---

[4]   The Parties have agreed that expert witnesses will sit for a deposition one time (even if they sit before any optional rebuttal report is served).

[5]   The Parties have agreed to the submission of written directs for certain witnesses.

3.  **Retention of Jurisdiction.**  This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the interpretation of this Stipulation and Order.

**SO ORDERED:**

Signed: May 27, 2026

_____
Alfredo R Pérez
United States Bankruptcy Judge

STIPULATED AND AGREED TO BY:

Dated: May 26, 2026

/s/ Andrew K. Glenn

**Kane Russel Coleman Logan PC**
Mark C. Taylor (Texas Bar No. 19713225)
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone:      (512) 487-6650
Email:            mtaylor@krcl.com

- and -

**Glenn Agre Bergman & Fuentes LLP**
Andrew K. Glenn (admitted *pro hac vice)*
Kurt A. Mayr (admitted *pro hac vice)*
Agustina G. Berro (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone:      (212) 970-1601
Email:            aglenn@glennagre.com
                  kmayr@glennagre.com
                  aberro@glennagre.com

- and -

**Cleary Gottlieb Steen & Hamilton LLP**
David H. Botter (admitted *pro hac vice*)
Luke A. Barefoot (admitted *pro hac vice*)
Joshua Brody (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:      (212) 225-2000
Facsimile:       (212) 225-3999
Email:            dbotter@cgsh.com
                  lbarefoot@cgsh.com
                  jbrody@cgsh.com

*Counsel for the Preferred Shareholders*

/s/ Jason S. Brookner

**Gray Reed**
Jason S. Brookner (TX Bar No. 24033684)
Lydia R. Webb (TX Bar No. 24083758)
Emily F. Shanks (TX Bar No. 24110350)
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:      (713) 986-7000
Facsimile:       (713) 986-7100
Email:            jbrookner@grayreed.com
                  lwebb@grayreed.com
                  eshanks@grayreed.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            joshua.sussberg@kirkland.com
                  aparna.yenamandra@kirkland.com

- and -

Chad J. Husnick, P.C. (admitted *pro hac vice*)
Gabriela Zamfir Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            chad.husnick@kirkland.com
                  gabriela.hensley@kirkland.com

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

*/s/ Alan Kornfeld*

**PACHULSKI STANG ZIEHL & JONES LLP**
Michael D. Warner (TX Bar No. 00792304)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:        (713) 691-9385
Facsimile:        (713) 691-9407
Email:             mwarner@pszjlaw.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein
Bradford J. Sandler
Alan Kornfeld
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:        (212) 561-7700
Facsimile:        (212) 561-7777

*Proposed Counsel for the Official Committee of Unsecured Creditors*