**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QVC GROUP, INC., *et al.*,[1] | ) | Case No. 26-90447 (ARP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**LINTA AD HOC GROUP'S WITNESS AND EXHIBIT**
**LIST FOR HEARING ON JUNE 4, 2026**

The ad hoc group (the "LINTA Ad Hoc Group") of certain unaffiliated beneficial holders

and/or investment advisors or managers of beneficial holders of the 8.500% LINTA Notes, the

4.000% LINTA Exchangeables, the 8.250% LINTA Notes and the 3.750% LINTA Exchangeables

(each as defined in the Restructuring Support Agreement[2]), by and through its undersigned

counsel, hereby submits this witness and exhibit list (the "Witness and Exhibit List") for the

hearing to consider (i) confirmation of *Joint Prepackaged Plan of Reorganization of QVC Group,*

*Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 15] and

(ii) *Emergency Motion of the Preferred Shareholders to Terminate Exclusivity Under 11 U.S.C.*

*1121(d)* [Docket No. 205] (the "Hearing") to be held beginning on **June 4, 2026 at 1:00 p.m.**

**(prevailing Central Time)** and continuing thereafter before the Honorable Alfredo R. Perez at the

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2]   The "Restructuring Support Agreement" means that certain Restructuring Support Agreement dated as of April 16, 2026, by and among the Company Parties and the Consenting Stakeholders (each as defined therein), which is attached as Exhibit A to the *Declaration of Bill Wafford in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "Wafford Declaration") [Docket No. 4].

United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

## WITNESSES

The LINTA Ad Hoc Group may call any of the following witnesses at the Hearing:

1. Any witness listed by any party on their witness and exhibit list or called by any other party;

2. Any witness offered by purpose of rebuttal and/or impeachment testimony; and

3. Any witness necessary to lay the foundation for the admission of exhibits.

The LINTA Ad Hoc Group reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

The LINTA Ad Hoc Group may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | Disposition After Hearing |
|---|---|---|---|---|---|---|---|
| | Any exhibit offered or identified by another party or listed by any other party on their witness and exhibit list. | | | | | | |
| | Any document necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| | Any document necessary for impeachment purposes | | | | | | |
| | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | | | |

**RESERVATION OF RIGHTS**

The LINTA Ad Hoc Group reserves all rights, including but not limited to the right to amend, revise, supplement or withdraw this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call or cross examine any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Dated: June 2, 2026
Houston, Texas

*/s/ Marty L. Brimmage, Jr.*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Avi E. Luft (admitted *pro hac vice*)
Anna Kordas (*pro hac vice* pending)
One Bryant Park
New York, New York 10036
Tel:      (212) 872-1000
Fax:      (212) 872-1002
Email:   pdublin@akingump.com
             bkahn@akingump.com
             aluft@akingump.com
             akordas@akingump.com

- and -

Marty L. Brimmage, Jr. (State Bar No. 00793386;
S.D. Tex. 30464)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Tel:      (214) 969-2800
Fax:      (214) 969-4343
Email:  mbrimmage@akingump.com

*Counsel to the LINTA Ad Hoc Group*

4

**Certificate of Service**

I certify that on June 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/      *Marty L. Brimmage Jr.*
Marty L. Brimmage