**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>QVC GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-90447 (ARP)<br><br>(Jointly Administered) |

**THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST**
**FOR THE CONFIRMATION HEARING SCHEDULED TO BEGIN ON JUNE 4, 2026**

In accordance with the Agreed Scheduling Order (Docket No. 327), the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases hereby files this *Witness and Exhibit List* (this "Witness and Exhibit List") for the hearing to consider confirmation of the Plan (Docket No. 289) and the Motion to Terminate Exclusivity (Docket No. 207), which is scheduled to begin on **June 4, 2026, at 1:00 p.m. (prevailing Central Time)** (the "Confirmation Hearing"):

### WITNESSES

The Committee may call any of the following witnesses at the Confirmation Hearing:

1.    Arif Gangat, Chief Investment Officer of Cygnus Opportunity Fund, LLC (Adverse; Presented by Deposition Designation);

2.    Any witness called or listed by any other party; and/or

3.    Any witness necessary for rebuttal or impeachment.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

4916-5918-1744.5 72854.00002

## EXHIBITS

The Committee may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | UCC DEPOSITION EXHIBIT NO. | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Commitment Letter, dated May 27, 2026, CYGNUS0000073 (*Filed Under Seal*)[2] | Exhibit 6 | | | | | |
| 2. | Any exhibits listed, designated, or offered by any other party | | | | | | |
| 3. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 4. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | | |

## RESERVATION OF RIGHTS

The Committee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to amend, supplement, or otherwise modify this Witness and Exhibit List at any time prior to the conclusion of the Confirmation Hearing.  Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

*[Remainder of Page Intentionally Left Blank]*

---

[2]   This exhibit is being filed under seal because it was designated as "Confidential Material," as defined in the *Stipulated Confidentiality Agreement and Protective Order* (Docket No. 274) (the "Stipulated Protective Order"). Paragraph 15 of the Stipulated Protective Order expressly authorizes the filing of documents containing or constituting "Confidential Material" under seal without filing a separate motion requesting authority to do so.

Dated:   June 2, 2026
        Houston, Texas

Respectfully submitted,

*/s/ Theodore S. Heckel*
PACHULSKI STANG ZIEHL & JONES LLP
Michael D. Warner (Texas Bar No. 00792304)
Theodore S. Heckel (Texas Bar No. 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:   (713) 691-9385
Facsimile:   (713) 691-9407
Email:           mwarner@pszjlaw.com
               theckel@pszjlaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Facsimile:   (212) 561-7777
Email:           rfeinstein@pszjlaw.com
               bsandler@pszjlaw.com
               akornfeld@pszjlaw.com

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors*

### Certificate of Service

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing document was caused to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Theodore S. Heckel*
Theodore S. Heckel