## EXHIBIT 1

## (FILED UNDER SEAL)

4916-5918-1744.5 72854.00002