United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 17, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QVC GROUP, INC., *et al.*, | ) | Case No. 26-90447 (ARP) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

### AMENDED STIPULATED ORDER AND AGREEMENT
### TO THE ADMISSION INTO EVIDENCE OF CERTAIN EXHIBITS

**WHEREAS**, the above-captioned debtors (collectively, the "**Debtors**"), the Preferred Shareholders and the Official Unsecured Creditors' Committee (collectively, the "**Parties**") have agreed upon the admission of certain exhibits into evidence as set forth in this stipulation ("**Amended Stipulation**"), which shall supersede the *Stipulated Order and Agreement to the Admission into Evidence of Certain Exhibits* [Docket 473]. The Parties hereto state as follows;[2]

### RECITALS

A.     This matter arises in connection with the Chapter 11 bankruptcy cases of QVC Group, Inc., *et. al.*, which are being jointly administered. [Docket No. 17].

B.     The Parties met and conferred regarding exhibits designations that have been and are hereby admitted into evidence by Amended Stipulation.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2]   All capitalized terms not defined herein have the meaning ascribed to them within the *Stipulated Agreement and Order Pursuant to Federal Rules of Bankruptcy Procedure 9017 and Federal Rule of Evidence 502(d)* [Docket No. 304].

C.      The Parties have met and conferred in the weeks before and throughout the hearing held beginning **June 4, 2026, at 1:00 p.m. (prevailing Central Time)** (the "**Hearing**") regarding the admission of certain exhibits from the Parties' respective Exhibit Lists [Docket Nos. 340, 370, 393, 404, 405, 408, 438, 449, 452, 454, 457 and 460] (the "**Exhibit Lists**"). On June 10, 2026, the Parties agreed to the final list of exhibits that have been admitted into evidence. On June 16, 2026, the Parties agreed to amend the *Stipulated Order and Agreement to the Admission into Evidence of Certain Exhibits* [Docket 473]. A full list of the exhibits the Parties have agreed to admit into evidence is attached hereto as **Exhibit A**.

D.      The Parties further agreed that if an exhibit listed in **Exhibit A** was marked Confidential or Highly Confidential or subject to the *Stipulated Agreement and Order Pursuant to Federal Rule of Bankruptcy Procedure 9017 and Federal Rule of Evidence 502(d)* [Docket 304] and the *Further Stipulated Agreement and Order Pursuant to Federal Rule of Bankruptcy Procedure 9017 and Federal Rule of Evidence 502(d)* [Docket 409] ("**502(d) Protected Material**") and filed under seal, the exhibit is only admitted by stipulation under seal and subject to protection as 502(d) Protected Material, as applicable.

**IT IS HEREBY STIPULATED AND AGREED** by the Debtors, the Official Unsecured Creditors' Committee and the Preferred Shareholders, subject to the approval of the Court, that:

1.      The exhibits listed in **Exhibit A** are hereby admitted into evidence for the purposes of these cases.  The Exhibits listed in the Exhibits Lists that are ***not*** included in **Exhibit A** were not and shall not be admitted, including any exhibits listed under the *Stipulated Order and Agreement to Admission into Evidence of Certain Exhibits* [Docket 473] that are no longer listed in **Exhibit A** as part of this Amended Stipulation. For the avoidance of doubt, if multiple copies of the same document are included as separate Exhibits on Exhibit Lists, **Exhibit A** governs the

2

admission of such document and the Parties agree that any omission of Exhibits that are copies of a document listed in **Exhibit A** shall not impact the admission such document.

2.      The exhibits listed in **Exhibit A** that are marked Confidential or Highly Confidential and filed under seal shall be admitted under seal. This Amended Stipulation shall not alter the designations as Designated Material and 502(d) Protected Material previously applied by the Parties.

3.      The designated deposition testimony of Arif Gangat by the Official Unsecured Creditors' Committee and the Preferred Shareholders pursuant to *Joint Notice of Designation of Deposition Testimony for Arif Gangat in Connection with the Confirmation Hearing Scheduled to Begin on June 4, 2026* [Docket No. 401] is hereby admitted into evidence for the purposes of these cases.

The Court will retain exclusive jurisdiction over any dispute arising out of or related to this Amended Stipulation.

**THE FOREGOING STIPULATION IS SO ORDERED:**

Signed: June 17, 2026

Alfredo R Pérez
United States Bankruptcy Judge

3

**STIPULATED AND AGREED TO BY:**

Dated: June 16, 2026

_/s/ Andrew Glenn_

**Kane Russel Coleman Logan PC**
Mark C. Taylor (Texas Bar No. 19713225)
401 Congress Ave., Suite 2100
Austin, Texas 79701
Telephone:       (512) 487-6650
Email:       mtaylor@krcl.com

- and -

**Glenn Agre Bergman & Fuentes LLP**
Andrew K. Glenn (admitted _pro hac vice)_
Kurt A. Mayr (admitted _pro hac vice)_
Agustina G. Berro (admitted _pro hac vice_)
1185 Avenue of the Americas
New York, New York 10036
Telephone:       (212) 970-1601
Email:       aglenn@glennagre.com
       kmayr@glennagre.com
       aberro@glennagre.com

- and -

**Cleary Gottlieb Steen & Hamilton LLP**
David H. Botter (admitted _pro hac vice_)
Luke A. Barefoot (admitted _pro hac vice_)
Joshua Brody (admitted _pro hac vice_)
One Liberty Plaza
New York, New York 10006
Telephone:       (212) 225-2000
Facsimile:       (212) 225-3999
Email:       dbotter@cgsh.com
       lbarefoot@cgsh.com
       jbrody@cgsh.com

_Counsel for the Preferred Shareholders_

_/s/ Mark McKane_

**Gray Reed**
Jason S. Brookner (TX Bar No. 24033684)
Lydia R. Webb (TX Bar No. 24083758)
Emily F. Shanks (TX Bar No. 24110350)
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:       (713) 986-7000
Facsimile:       (713) 986-7100
Email:       jbrookner@grayreed.com
       lwebb@grayreed.com
       eshanks@grayreed.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted _pro hac vice_)
Aparna Yenamandra, P.C. (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:       joshua.sussberg@kirkland.com
       aparna.yenamandra@kirkland.com

- and -

Chad J. Husnick, P.C. (admitted _pro hac vice_)
Gabriela Zamfir Hensley (admitted _pro hac vice_)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:       chad.husnick@kirkland.com
       gabriela.hensley@kirkland.com

-and-

Mark McKane, P.C. (admitted _pro hac vice_)
555 California Street
San Francisco, California 94104
Telephone:       (415) 439-1400
Facsimile:       (415) 439-1500
Email:       mark.mckane@kirkland.com

_Proposed Co-Counsel for the Debtors and_
_Debtors in Possession_

*/s/Alan Kornfeld*

**PACHULSKI STANG ZIEHL & JONES LLP**
Michael D. Warner (Texas Bar No. 00792304)
Theodore S. Heckel (Texas Bar No. 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 7702
Houston, Texas 77056
Telephone:       (713) 691-9385
Facsimile:       (713) 691-9407
Email:           mwarner@pszjlaw.com
                 theckel@pszjlaw.com


- and -

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
Alan J. Kornfeld (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:       (212) 561-7700
Facsimile:       (212) 561-7777
Email:           rfeinstein@pszjlaw.com
                 bsandler@psjlaw.com
                 akornfeld@pasjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## Exhibit A

## List of Agreed Exhibits

### A.  JX EXHIBITS IN EVIDENCE

| ECF | Joint Exhibits (JX) | Debtors' Exhibits (DX) | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|---|---|
| 340-001 | 001 | 001 | 029; 324 | QVC_0018265 | | |
| 340-002 | 002 | 002 | 028; 040; 319 | QVC_0019036 | | |
| 340-012 | 003 | 012 | 194 | QVC_0079670 | | |
| 340-013 | 004 | 013 | 137; 333 | QVC_0063293 | | |
| 340-015 | 005 | 015 | 127; 138 | QVC_0084193 | | |
| 340-024 | 006 | 024 | 080 | | | |
| 340-028 | 007 | 028 | 180 | | | |
| 340-043 | 008 | 043 | 039; 078; 153; 177 | | | |
| 340-047 | 009 | 047 | 043; 173; 244 | QVC_0023590 | | |
| 340-052 | 010 | 052 | 143 | QVC_0100041 | | |
| 340-074 | 011 | 074 | 265 | | | |
| 340-088 | 012 | 088 | 148 | | | |
| 340-097 | 013 | 097 | 160 | | | |
| 340-121 | 014 | 121 | 169; 204 | | | |
| 340-124 | 015 | 124 | 233 | QVC_0019972 | | |
| 340-125 | 016 | 125 | 234 | QVC_0020104 | | |
| 340-126 | 017 | 126 | 235 | QVC_0020241 | | |
| 341-001 | 018 | 127 | 026; 236 | QVC_0020376 | | |
| 341-002 | 019 | 128 | 020; 193; 237 | QVC_0020512 | | |
| 341-025 | 020 | 151 | 238 | QVC_0022077 | | |
| 341-026 | 021 | 152 | 239 | QVC_0022182 | | |
| 341-027 | 022 | 153 | 032; 240 | QVC_0022291 | | |
| 341-028 | 023 | 154 | 241 | QVC_0022403 | | |
| 341-029 | 024 | 155 | 025; 242 | QVC_0022521 | | |
| 341-051 | 025 | 177 | 023; 033; 118; 184; 243 | QVC_0099417 | | |
| 341-053 | 026 | 179 | 004 | | | |
| 341-054 | 027 | 180 | 010; 171 | | | |
| 341-055 | 028 | 181 | 005 | | | |
| 341-056 | 029 | 182 | 012; 146 | | | |
| 341-057 | 030 | 183 | 009 | | | |
| 341-060 | 031 | 186 | 013 | | | |
| 341-061 | 032 | 187 | 011 | | | |
| 341-067 | 033 | 193 | 007 | | | |
| 341-069 | 034 | 195 | 369 | | | |
| 341-070 | 035 | 196 | 001; 191 | | | |
| 341-072 | 036 | 198 | 018; 175; 323 | | | |
| 341-073 | 037 | 199 | 270 | QVC_0105211 | | |
| 341-080 | 038 | 206 | 274 | QVC_0106371 | | |
| 341-090 | 039 | 216 | 272 | QVC_0105804 | | |
| 341-108 | 040 | 234 | 034 | | | |

| ECF | Joint Exhibits (JX) | Debtors' Exhibits (DX) | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|---|---|
| 341-112 | 041 | 238 | 159 | QVC_0063289 | | |
| 341-115 | 042 | 241 | 119; 149 | QVC_0099531 | | |
| 341-117 | 043 | 243 | 112 | QVC_0031711 | | |
| 341-118 | 044 | 244 | 116 | QVC_0046581 | | |
| 341-119 | 045 | 245 | 117 | QVC_0044406 | | |
| 341-121 | 046 | 247 | 122 | QVC_0037415 | | |
| 343-001 | 047 | 253 | 130 | QVC_0016143 | Highly Confidential | |
| 343-004 | 048 | 256 | 126 | QVC_0084197 | Highly Confidential | |
| 343-017 | 049 | 269 | 074; 150; 174 | QVC_0023782 | Highly Confidential | |
| 343-018 | 050 | 270 | 079; 154; 172; 205; 266; 316 | | Highly Confidential | |
| 343-025 | 051 | 277 | 031; 063 | QVC_0023645 | Highly Confidential | |
| 343-027 | 052 | 279 | 179 | | Highly Confidential | |
| 343-034 | 053 | 286 | 072 | QVC_0082728 | Highly Confidential | |
| 343-043 | 054 | 295 | 124 | QVC_0082837 | Highly Confidential | |
| 344-002 | 055 | 302 | 147 | QVC_0012979 | Highly Confidential | |
| 344-042 | 056 | 342 | 035 | QVC_0000091 | Highly Confidential | |
| 344-056 | 057 | 356 | 048 | QVC_0010262 | Highly Confidential | |
| 344-057 | 058 | 357 | 050 | QVC_0010802 | Highly Confidential | |
| 345-001 | 059 | 358 | 059 | QVC_0011363 | Highly Confidential | |
| 345-002 | 060 | 359 | 052 | QVC_0011886 | Highly Confidential | |
| 345-003 | 061 | 360 | 053 | QVC_0012278 | Highly Confidential | |
| 345-005 | 062 | 362 | 060 | QVC_0013356 | Highly Confidential | |
| 345-007 | 063 | 364 | 051 | QVC_0009006 | Highly Confidential | |
| 345-008 | 064 | 365 | 046 | QVC_0009641 | Highly Confidential | |
| 345-011 | 065 | 368 | 192 | QVC_0016033 | Highly Confidential | |

| ECF | Joint Exhibits (JX) | Debtors' Exhibits (DX) | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|---|---|
| 345-016 | 066 | 373 | 145 | QVC_0016295 | Highly Confidential | |
| 345-017 | 067 | 374 | 144 | QVC_0100150 | Highly Confidential | |
| 348-006 | 070 | 400 | 030 | QVC_0048052 | Highly Confidential | |
| 348-007 | 071 | 401 | 036 | QVC_0089516 | Highly Confidential | |
| 348-008 | 072 | 402 | 037; 084 | QVC_0100210 | | 502(d) Protected Material |
| 348-009 | 073 | 403 | 038; 070; 322; 353 | QVCG_SC_000 0034 | | 502(d) Protected Material |
| 393-018 | 074 | 425 | 128; 139 | QVC_0084196 | | |
| 394-006 | 075 | 433 | 098 | QVC_0079122 | Highly Confidential | |
| 394-007 | 076 | 434 | 096 | QVCG_SC_000 1001 | Highly Confidential | |
| 405-009 | 078 | 443 | 022 | QVC_0106888 | | |
| 405-011 | 079 | 445 | 347 | | | |
| 450-001 | 080 | 446 | 151 | QVC_0019280 | Highly Confidential | |
| 450-002 | 081 | 447 | 077; 152; 368 | QVCG_SC_000 1478 | Highly Confidential | |
| 450-003 | 082 | 448 | 093; 158 | QVCG_SC_000 0235 | Highly Confidential | |
| 450-004 | 083 | 449 | 182 | QVC_0079183 | Highly Confidential | |
| 450-005 | 084 | 450 | 183 | QVC_0079123 | Highly Confidential | |
| 450-006 | 085 | 451 | 168; 200 | LINTA_DDs_00 00202 | Highly Confidential | |
| 450-011 | 090 | 456 | 068; 320 | QRIC-SC_609 | Highly Confidential | |
| 450-012 | 091 | 457 | 262; 325 | QVC_0089523 | Highly Confidential | |
| 453-001 | 094 | 460 | 335; 345 | N/A | Highly Confidential | |
| 453-002 | 095 | 461 | 361 | N/A | Highly Confidential | |
| 453-003 | 096 | 462 | 357 | N/A | Highly Confidential | |
| 449-018 | 097 | 463 | 155 | QVCINCDD_00 0420 | | |

3

| ECF | Joint Exhibits (JX) | Debtors' Exhibits (DX) | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|---|---|
| 449-019 | 098 | 464 | 157 | QVCINCDD_001174 | | |
| 449-020 | 099 | 465 | 176 | QVCG_SC_0000208 | | |
| 449-021 | 100 | 466 | 181 | QVCINCDD_001470 | | |
| 449-022 | 101 | 467 | 301 | CYGNUS0000073 | | |
| 449-032 | 111 | 477 | 334 | | | |
| 449-034 | 112 | 479 | 348 | | | |
| 449-035 | 113 | 480 | 349 | | | |
| 449-036 | 114 | 481 | 141; 164 | | | |
| 449-037 | 115 | 482 | 188 | | | |
| 449-038 | 116 | 483 | 297 | | | |
| 449-039 | 117 | 484 | 298 | | | |
| 449-040 | 118 | 485 | 299 | | | |
| 449-045 | 123 | 490 | 313 | | | |
| 449-046 | 124 | 491 | 314 | | | |
| 449-049 | 127 | 494 | 321 | | | |
| 454-001 | 128 | 496 | 015 | | | |

## B. **DX EXHIBITS IN EVIDENCE**

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 340-001 | 001 | QVC_0018265 | | |
| 340-002 | 002 | QVC_0019036 | | |
| 340-003 | 003 | | | |
| 340-004 | 004 | | | |
| 340-005 | 005 | QVC_0017785 | | |
| 340-006 | 006 | QVC_0018367 | | |
| 340-007 | 007 | QVC_0019101 | | |
| 340-008 | 008 | QVC_0019102 | | |
| 340-009 | 009 | QVC_0019103 | | |
| 340-010 | 010 | QVC_0019105 | | |
| 340-011 | 011 | QVC_0019112 | | |
| 340-012 | 012 | QVC_0079670 | | |
| 340-013 | 013 | QVC_0063293 | | |
| 340-014 | 014 | QVC_0063186 | | |
| 340-015 | 015 | QVC_0084193 | | |
| 340-016 | 016 | QVC_0105200 | | |
| 340-017 | 017 | QVC_0105207 | | |

4

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 340-018 | 018 | QVC_0098829 | | |
| 340-019 | 019 | | | |
| 340-020 | 020 | | | |
| 340-021 | 021 | | | |
| 340-022 | 022 | | | |
| 340-023 | 023 | | | |
| 340-024 | 024 | | | |
| 340-025 | 025 | | | |
| 340-026 | 026 | | | |
| 340-027 | 027 | | | |
| 340-028 | 028 | | | |
| 340-029 | 029 | | | |
| 340-030 | 030 | | | |
| 340-031 | 031 | | | |
| 340-032 | 032 | | | |
| 340-033 | 033 | | | |
| 340-034 | 034 | | | |
| 340-035 | 035 | | | |
| 340-036 | 036 | | | |
| 340-037 | 037 | | | |
| 340-038 | 038 | | | |
| 340-039 | 039 | | | |
| 340-040 | 040 | | | |
| 340-041 | 041 | | | |
| 340-042 | 042 | | | |
| 340-043 | 043 | | | |
| 340-044 | 044 | QVC_0082727 | | |
| 340-045 | 045 | QVC_0082757 | | |
| 340-046 | 046 | | | |
| 340-047 | 047 | QVC_0023590 | | |
| 340-048 | 048 | QVC_0018319 | | |
| 340-049 | 049 | | | |
| 340-050 | 050 | QVC_0100019 | | |
| 340-051 | 051 | QVC_0100066 | | |
| 340-052 | 052 | QVC_0100041 | | |
| 340-053 | 053 | QVC_0100051 | | |
| 340-054 | 054 | QVC_0100056 | | |
| 340-055 | 055 | QVC_0100031 | | |
| 340-056 | 056 | QVC_0100036 | | |
| 340-057 | 057 | QVC_0018407 | | |
| 340-058 | 058 | QVC_0018629 | | |
| 340-059 | 059 | QVC_0099969 | | |

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 340-060 | 060 | QVC_0099974 | | |
| 340-061 | 061 | QVC_0099976 | | |
| 340-062 | 062 | QVC_0099995 | | |
| 340-063 | 063 | QVC_0100046 | | |
| 340-064 | 064 | QVC_0100061 | | |
| 340-065 | 065 | QVC_0100186 | | |
| 340-066 | 066 | QVC_0100205 | | |
| 340-067 | 067 | | | |
| 340-068 | 068 | | | |
| 340-069 | 069 | | | |
| 340-070 | 070 | | | |
| 340-071 | 071 | | | |
| 340-072 | 072 | | | |
| 340-073 | 073 | | | |
| 340-074 | 074 | | | |
| 340-075 | 075 | | | |
| 340-076 | 076 | | | |
| 340-077 | 077 | | | |
| 340-078 | 078 | | | |
| 340-079 | 079 | | | |
| 340-080 | 080 | | | |
| 340-081 | 081 | | | |
| 340-082 | 082 | | | |
| 340-083 | 083 | | | |
| 340-084 | 084 | | | |
| 340-085 | 085 | | | |
| 340-086 | 086 | | | |
| 340-087 | 087 | | | |
| 340-088 | 088 | | | |
| 340-089 | 089 | | | |
| 340-090 | 090 | | | |
| 340-091 | 091 | | | |
| 340-092 | 092 | | | |
| 340-093 | 093 | | | |
| 340-094 | 094 | | | |
| 340-095 | 095 | | | |
| 340-096 | 096 | | | |
| 340-097 | 097 | | | |
| 340-098 | 098 | | | |
| 340-099 | 099 | | | |
| 340-100 | 100 | | | |
| 340-101 | 101 | | | |

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 340-102 | 102 | | | |
| 340-103 | 103 | | | |
| 340-104 | 104 | | | |
| 340-105 | 105 | | | |
| 340-106 | 106 | | | |
| 340-107 | 107 | | | |
| 340-108 | 108 | | | |
| 340-109 | 109 | | | |
| 340-110 | 110 | | | |
| 340-111 | 111 | | | |
| 340-112 | 112 | | | |
| 340-113 | 113 | | | |
| 340-114 | 114 | | | |
| 340-115 | 115 | | | |
| 340-116 | 116 | | | |
| 340-117 | 117 | | | |
| 340-118 | 118 | | | |
| 340-119 | 119 | | | |
| 340-120 | 120 | | | |
| 340-121 | 121 | | | |
| 340-122 | 122 | QVC_0019638 | | |
| 340-123 | 123 | QVC_0019797 | | |
| 340-124 | 124 | QVC_0019972 | | |
| 340-125 | 125 | QVC_0020104 | | |
| 340-126 | 126 | QVC_0020241 | | |
| 341-001 | 127 | QVC_0020376 | | |
| 341-002 | 128 | QVC_0020512 | | |
| 341-003 | 129 | QVC_0020690 | | |
| 341-004 | 130 | QVC_0020743 | | |
| 341-005 | 131 | QVC_0020792 | | |
| 341-006 | 132 | QVC_0020841 | | |
| 341-007 | 133 | QVC_0020880 | | |
| 341-008 | 134 | QVC_0020933 | | |
| 341-009 | 135 | QVC_0020979 | | |
| 341-010 | 136 | QVC_0021042 | | |
| 341-011 | 137 | QVC_0021101 | | |
| 341-012 | 138 | QVC_0021147 | | |
| 341-013 | 139 | QVC_0021189 | | |
| 341-014 | 140 | QVC_0021235 | | |
| 341-015 | 141 | QVC_0021283 | | |
| 341-016 | 142 | QVC_0021336 | | |
| 341-017 | 143 | QVC_0021535 | | |

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 341-018 | 144 | QVC_0021585 | | |
| 341-019 | 145 | QVC_0021627 | | |
| 341-020 | 146 | QVC_0021672 | | |
| 341-021 | 147 | QVC_0021741 | | |
| 341-022 | 148 | QVC_0021785 | | |
| 341-023 | 149 | QVC_0021840 | | |
| 341-024 | 150 | QVC_0021891 | | |
| 341-025 | 151 | QVC_0022077 | | |
| 341-026 | 152 | QVC_0022182 | | |
| 341-027 | 153 | QVC_0022291 | | |
| 341-028 | 154 | QVC_0022403 | | |
| 341-029 | 155 | QVC_0022521 | | |
| 341-030 | 156 | QVC_0022642 | | |
| 341-031 | 157 | QVC_0022690 | | |
| 341-032 | 158 | QVC_0022746 | | |
| 341-033 | 159 | QVC_0022804 | | |
| 341-034 | 160 | QVC_0022848 | | |
| 341-035 | 161 | QVC_0022894 | | |
| 341-036 | 162 | QVC_0022941 | | |
| 341-037 | 163 | QVC_0022984 | | |
| 341-038 | 164 | QVC_0023028 | | |
| 341-039 | 165 | QVC_0023077 | | |
| 341-040 | 166 | QVC_0023121 | | |
| 341-041 | 167 | QVC_0023169 | | |
| 341-042 | 168 | QVC_0023216 | | |
| 341-043 | 169 | QVC_0023256 | | |
| 341-044 | 170 | QVC_0023297 | | |
| 341-045 | 171 | QVC_0023344 | | |
| 341-046 | 172 | QVC_0023384 | | |
| 341-047 | 173 | QVC_0023425 | | |
| 341-048 | 174 | QVC_0023465 | | |
| 341-049 | 175 | QVC_0023503 | | |
| 341-050 | 176 | QVC_0023547 | | |
| 341-051 | 177 | QVC_0099417 | | |
| 341-052 | 178 | | | |
| 341-053 | 179 | | | |
| 341-054 | 180 | | | |
| 341-055 | 181 | | | |
| 341-056 | 182 | | | |
| 341-057 | 183 | | | |
| 341-058 | 184 | | | |
| 341-059 | 185 | | | |

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 341-060 | 186 | | | |
| 341-061 | 187 | | | |
| 341-062 | 188 | | | |
| 341-063 | 189 | | | |
| 341-064 | 190 | | | |
| 341-065 | 191 | | | |
| 341-066 | 192 | | | |
| 341-067 | 193 | | | |
| 341-068 | 194 | | | |
| 341-069 | 195 | | | |
| 341-070 | 196 | | | |
| 341-071 | 197 | | | |
| 341-072 | 198 | | | |
| 341-073 | 199 | QVC_0105211 | | |
| 341-074 | 200 | QVC_0105308 | | |
| 341-075 | 201 | QVC_0105209 | | |
| 341-076 | 202 | QVC_0106099 | | |
| 341-077 | 203 | QVC_0106174 | | |
| 341-078 | 204 | QVC_0105339 | | |
| 341-079 | 205 | QVC_0106254 | | |
| 341-080 | 206 | QVC_0106371 | | |
| 341-081 | 207 | QVC_0106335 | | |
| 341-082 | 208 | QVC_0105457 | | |
| 341-083 | 209 | QVC_0105494 | | |
| 341-084 | 210 | QVC_0106446 | | |
| 341-085 | 211 | QVC_0105582 | | |
| 341-086 | 212 | QVC_0105681 | | |
| 341-087 | 213 | QVC_0106518 | | |
| 341-088 | 214 | QVC_0105716 | | |
| 341-089 | 215 | QVC_0106594 | | |
| 341-090 | 216 | QVC_0105804 | | |
| 341-091 | 217 | QVC_0106678 | | |
| 341-092 | 218 | QVC_0106780 | | |
| 341-093 | 219 | QVC_0105933 | | |
| 341-094 | 220 | QVC_0106020 | | |
| 341-095 | 221 | QVC_0105210 | | |
| 341-096 | 222 | QVC_0106874 | | |
| 341-097 | 223 | QVC_0106875 | | |
| 341-098 | 224 | QVC_0106098 | | |
| 341-099 | 225 | QVC_0019118 | | |
| 341-100 | 226 | QVC_0105198 | | |
| 341-101 | 227 | QVC_0105199 | | |

9

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 341-102 | 228 | QVC_0076012 | | |
| 341-103 | 229 | QVC_0076013 | | |
| 341-104 | 230 | QVC_0076014 | | |
| 341-105 | 231 | QVC_0076015 | | |
| 341-106 | 232 | QVC_0076016 | | |
| 341-107 | 233 | QVC_0076017 | | |
| 341-108 | 234 | | | |
| 341-109 | 235 | QVC_0063291 | | |
| 341-110 | 236 | QVC_0099817 | | |
| 341-111 | 237 | QVC_0099820 | | |
| 341-112 | 238 | QVC_0063289 | | |
| 341-113 | 239 | QVC_0098813 | | |
| 341-114 | 240 | QVC_0099382 | | |
| 341-115 | 241 | QVC_0099531 | | |
| 341-116 | 242 | QVC_0031391 | | |
| 341-117 | 243 | QVC_0031711 | | |
| 341-118 | 244 | QVC_0046581 | | |
| 341-119 | 245 | QVC_0044406 | | |
| 341-120 | 246 | QVC_0044756 | | |
| 341-121 | 247 | QVC_0037415 | | |
| 341-122 | 248 | QVC_0041532 | | |
| 341-123 | 249 | QVC_0037228 | | |
| 341-124 | 250 | QVC_0041929 | | |
| 341-125 | 251 | QVC_0040213 | | |
| 341-126 | 252 | QVC_0038886 | | |
| 343-001 | 253 | QVC_0016143 | Highly Confidential | |
| 343-002 | 254 | QVC_0099827 | Highly Confidential | |
| 343-003 | 255 | QVC_0063315 | Highly Confidential | |
| 343-004 | 256 | QVC_0084197 | Highly Confidential | |
| 343-005 | 257 | QVC_0099532 | Highly Confidential | |
| 343-006 | 258 | QVC_0099547 | Highly Confidential | |
| 343-007 | 259 | QVC_0099581 | Highly Confidential | |
| 343-008 | 260 | QVC_0099594 | Highly Confidential | |
| 343-009 | 261 | QVC_0099609 | Highly Confidential | |

10

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 343-010 | 262 | QVC_0099775 | Highly Confidential | |
| 343-011 | 263 | QVC_0099806 | Highly Confidential | |
| 343-012 | 264 | QVC_0099815 | Highly Confidential | |
| 343-013 | 265 | | Highly Confidential | |
| 343-014 | 266 | | Highly Confidential | |
| 343-015 | 267 | QVC_0105201 | Highly Confidential | |
| 343-016 | 268 | QVC_0084194 | Highly Confidential | |
| 343-017 | 269 | QVC_0023782 | Highly Confidential | |
| 343-018 | 270 | | Highly Confidential | |
| 343-019 | 271 | | Highly Confidential | |
| 343-020 | 272 | | Highly Confidential | |
| 343-021 | 273 | | Highly Confidential | |
| 343-022 | 274 | | Highly Confidential | |
| 343-023 | 275 | | Highly Confidential | |
| 343-024 | 276 | | Highly Confidential | |
| 343-025 | 277 | QVC_0023645 | Highly Confidential | |
| 343-026 | 278 | | Highly Confidential | |
| 343-027 | 279 | | Highly Confidential | |
| 343-028 | 280 | | Highly Confidential | |
| 343-029 | 281 | | Highly Confidential | |
| 343-030 | 282 | | Highly Confidential | |
| 343-031 | 283 | | Highly Confidential | |

11

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 343-032 | 284 | | Highly Confidential | |
| 343-033 | 285 | | Highly Confidential | |
| 343-034 | 286 | QVC_0082728 | Highly Confidential | |
| 343-035 | 287 | QVC_0019637 | Highly Confidential | |
| 343-036 | 288 | QVC_0082758 | Highly Confidential | |
| 343-037 | 289 | QVC_0082789 | Highly Confidential | |
| 343-038 | 290 | QVC_0082792 | Highly Confidential | |
| 343-039 | 291 | QVC_0082794 | Highly Confidential | |
| 343-040 | 292 | QVC_0082799 | Highly Confidential | |
| 343-041 | 293 | QVC_0082800 | Highly Confidential | |
| 343-042 | 294 | QVC_0082835 | Highly Confidential | |
| 343-043 | 295 | QVC_0082837 | Highly Confidential | |
| 343-044 | 296 | QVC_0082839 | Highly Confidential | |
| 343-045 | 297 | QVC_0082840 | Highly Confidential | |
| 343-046 | 298 | QVC_0082841 | Highly Confidential | |
| 343-047 | 299 | QVC_0082842 | Highly Confidential | |
| 343-048 | 300 | QVC_0082846 | Highly Confidential | |
| 344-001 | 301 | QVC_0099530 | Highly Confidential | |
| 344-002 | 302 | QVC_0012979 | Highly Confidential | |
| 344-003 | 303 | QVC_0013824 | Highly Confidential | |
| 344-004 | 304 | QVC_0013864 | Highly Confidential | |
| 344-005 | 305 | QVC_0013913 | Highly Confidential | |

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 344-006 | 306 | QVC_0013917 | Highly Confidential | |
| 344-007 | 307 | QVC_0014033 | Highly Confidential | |
| 344-008 | 308 | QVC_0014062 | Highly Confidential | |
| 344-009 | 309 | QVC_0014082 | Highly Confidential | |
| 344-010 | 310 | QVC_0014196 | Highly Confidential | |
| 344-011 | 311 | QVC_0014211 | Highly Confidential | |
| 344-012 | 312 | QVC_0014272 | Highly Confidential | |
| 344-013 | 313 | QVC_0014338 | Highly Confidential | |
| 344-014 | 314 | QVC_0014362 | Highly Confidential | |
| 344-015 | 315 | QVC_0014574 | Highly Confidential | |
| 344-016 | 316 | QVC_0014736 | Highly Confidential | |
| 344-017 | 317 | QVC_0016207 | Highly Confidential | |
| 344-018 | 318 | QVC_0016290 | Highly Confidential | |
| 344-019 | 319 | QVC_0016292 | Highly Confidential | |
| 344-020 | 320 | QVC_0016324 | Highly Confidential | |
| 344-021 | 321 | QVC_0016327 | Highly Confidential | |
| 344-022 | 322 | QVC_0016337 | Highly Confidential | |
| 344-023 | 323 | QVC_0016355 | Highly Confidential | |
| 344-024 | 324 | QVC_0016356 | Highly Confidential | |
| 344-025 | 325 | QVC_0016360 | Highly Confidential | |
| 344-026 | 326 | QVC_0019174 | Highly Confidential | |
| 344-027 | 327 | QVC_0019175 | Highly Confidential | |

13

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 344-028 | 328 | QVC_0019176 | Highly Confidential | |
| 344-029 | 329 | QVC_0019177 | Highly Confidential | |
| 344-030 | 330 | QVC_0019205 | Highly Confidential | |
| 344-031 | 331 | QVC_0019207 | Highly Confidential | |
| 344-032 | 332 | QVC_0019215 | Highly Confidential | |
| 344-033 | 333 | QVC_0019217 | Highly Confidential | |
| 344-034 | 334 | QVC_0019218 | Highly Confidential | |
| 344-035 | 335 | QVC_0019219 | Highly Confidential | |
| 344-036 | 336 | QVC_0019221 | Highly Confidential | |
| 344-037 | 337 | QVC_0019222 | Highly Confidential | |
| 344-038 | 338 | QVC_0000025 | Highly Confidential | |
| 344-039 | 339 | QVC_0000026 | Highly Confidential | |
| 344-040 | 340 | QVC_0000027 | Highly Confidential | |
| 344-041 | 341 | QVC_0000090 | Highly Confidential | |
| 344-042 | 342 | QVC_0000091 | Highly Confidential | |
| 344-043 | 343 | QVC_0000286 | Highly Confidential | |
| 344-044 | 344 | QVC_0000410 | Highly Confidential | |
| 344-045 | 345 | QVC_0000411 | Highly Confidential | |
| 344-046 | 346 | QVC_0063084 | Highly Confidential | |
| 344-047 | 347 | QVC_0063174 | Highly Confidential | |
| 344-048 | 348 | QVC_0100239 | Highly Confidential | |
| 344-049 | 349 | QVC_0100241 | Highly Confidential | |

14

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 344-050 | 350 | QVC_0100244 | Highly Confidential | |
| 344-051 | 351 | QVC_0100246 | Highly Confidential | |
| 344-052 | 352 | QVC_0100247 | Highly Confidential | |
| 344-053 | 353 | QVC_0100237 | Highly Confidential | |
| 344-054 | 354 | QVC_0100242 | Highly Confidential | |
| 344-055 | 355 | QVC_0100261 | Highly Confidential | |
| 344-056 | 356 | QVC_0010262 | Highly Confidential | |
| 344-057 | 357 | QVC_0010802 | Highly Confidential | |
| 345-001 | 358 | QVC_0011363 | Highly Confidential | |
| 345-002 | 359 | QVC_0011886 | Highly Confidential | |
| 345-003 | 360 | QVC_0012278 | Highly Confidential | |
| 345-004 | 361 | QVC_0012840 | Highly Confidential | |
| 345-005 | 362 | QVC_0013356 | Highly Confidential | |
| 345-006 | 363 | QVC_0007805 | Highly Confidential | |
| 345-007 | 364 | QVC_0009006 | Highly Confidential | |
| 345-008 | 365 | QVC_0009641 | Highly Confidential | |
| 345-009 | 366 | QVC_0015738 | Highly Confidential | |
| 345-010 | 367 | QVC_0016015 | Highly Confidential | |
| 345-011 | 368 | QVC_0016033 | Highly Confidential | |
| 345-012 | 369 | QVC_0016051 | Highly Confidential | |
| 345-013 | 370 | QVC_0016069 | Highly Confidential | |
| 345-014 | 371 | QVC_0099957 | Highly Confidential | |

15

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 345-015 | 372 | QVC_0100125 | Highly Confidential | |
| 345-016 | 373 | QVC_0016295 | Highly Confidential | |
| 345-017 | 374 | QVC_0100150 | Highly Confidential | |
| 345-018 | 375 | QVC_0063088 | Highly Confidential | |
| 345-019 | 376 | QVC_0100112 | Highly Confidential | |
| 345-020 | 377 | QVC_0100164 | Highly Confidential | |
| 345-021 | 378 | QVC_0100086 | Highly Confidential | |
| 345-022 | 379 | QVC_0100137 | Highly Confidential | |
| 345-023 | 380 | QVC_0099952 | Highly Confidential | |
| 345-024 | 381 | QVC_0100071 | Highly Confidential | |
| 345-025 | 382 | QVC_0100073 | Highly Confidential | |
| 345-026 | 383 | QVC_0100099 | Highly Confidential | |
| 345-028 | 385 | QVC_0105208 | Highly Confidential | |
| 345-030 | 387 | QVC_0075972 | Highly Confidential | |
| 345-031 | 388 | QVC_0075988 | Highly Confidential | |
| 345-032 | 389 | QVC_0076002 | Highly Confidential | |
| 345-033 | 390 | QVC_0076009 | Highly Confidential | |
| 345-034 | 391 | QVC_0077587 | Highly Confidential | |
| 345-035 | 392 | QVC_0077600 | Highly Confidential | |
| 346-001 - 346-004 | 393 | QVC_0100262 | Highly Confidential | |
| 346-005 - 346-007 | 394 | QVC_0101397 | Highly Confidential | |
| 347-001 - 347-004 | 395 | QVC_0102318 | Highly Confidential | |

16

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 347-005 - 347-007 | 396 | QVC_0103313 | Highly Confidential | |
| 348-001 - 348-003 | 397 | QVC_0104165 | Highly Confidential | |
| 348-004 | 398 | QVC_0104873 | Highly Confidential | |
| 348-005 | 399 | QVC_0105086 | Highly Confidential | |
| 348-006 | 400 | QVC_0048052 | Highly Confidential | |
| 348-007 | 401 | QVC_0089516 | Highly Confidential | |
| 348-008 | 402 | QVC_0100210 | | 502(d) Protected |
| 348-009 | 403 | QVCG_SC_0000034 | | 502(d) Protected |
| 348-010 | 404 | QVCG_SC_0000048 | Highly Confidential | |
| 348-011 | 405 | QVC_0080515 | Highly Confidential | |
| 348-012 | 406 | RCF Agent 0000753 | Highly Confidential | |
| 348-013 | 407 | RCF Agent 0001346 | Highly Confidential | |
| 393-001 | 408 | QVC_0018107 | | |
| 393-002 | 409 | QVC_0018119 | | |
| 393-003 | 410 | QVC_0019104 | | |
| 393-004 | 411 | QVC_0061894 | | |
| 393-005 | 412 | LINTA_DDs_0000378 | | |
| 393-006 | 413 | LINTA_DDs_0004403 | | |
| 393-007 | 414 | LINTA_DDs_0004417 | | |
| 393-008 | 415 | LINTA_DDs_0004424 | | |
| 393-009 | 416 | QVCINCDD_001190 | | |
| 393-010 | 417 | QVCINCDD_001192 | | |
| 393-011 | 418 | QVCINCDD_001200 | | |
| 393-012 | 419 | QVCINCDD_001214 | | |
| 393-013 | 420 | QVC_0031170 | | |
| 393-014 | 421 | QVC_0097067 | | |
| 393-015 | 422 | QVC_0037127 | | |
| 393-016 | 423 | QVCINCDD_000416 | | |
| 393-017 | 424 | QVC_0057030 | | |
| 393-018 | 425 | QVC_0084196 | | |
| 393-019 | 426 | QVC_0023675 | | |

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 393-020 | 427 | QVC_0079346 | | |
| 394-001 | 428 | QVC_0079353 | Highly Confidential | |
| 394-002 | 429 | QVC_0085283 | Highly Confidential | |
| 394-003 | 430 | QVC_0005436 | Highly Confidential | |
| 394-004 | 431 | QVC_0049649 | Highly Confidential | |
| 394-005 | 432 | QVC_0032738 | Highly Confidential | |
| 394-006 | 433 | QVC_0079122 | Highly Confidential | |
| 394-007 | 434 | QVCG_SC_0001001 | Highly Confidential | |
| 406-001 | 435 | QVC_0088233 | Highly Confidential | |
| 406-002 | 436 | QVC_0081704 | Highly Confidential | |
| 406-003 | 437 | QVC_0094552 | Highly Confidential | |
| 405-005 | 439 | QVC_0107335 | | |
| 405-006 | 440 | QVC_0085682 | | |
| 405-007 | 441 | | | |
| 405-008 | 442 | | | |
| 405-009 | 443 | QVC_0106888 | | |
| 405-011 | 445 | | | |
| 450-001 | 446 | QVC_0019280 | Highly Confidential | |
| 450-002 | 447 | QVCG_SC_0001478 | Highly Confidential | |
| 450-003 | 448 | QVCG_SC_0000235 | Highly Confidential | |
| 450-004 | 449 | QVC_0079183 | Highly Confidential | |
| 450-005 | 450 | QVC_0079123 | Highly Confidential | |
| 450-006 | 451 | LINTA_DDs_0000202 | Highly Confidential | |
| 450-011 | 456 | QRIC-SC_609 | Highly Confidential | |
| 450-012 | 457 | QVC_0089523 | Highly Confidential | |

18

| ECF | Debtors' Exhibits (DX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 453-001 | 460 | | Highly Confidential | |
| 453-002 | 461 | | Highly Confidential | |
| 453-003 | 462 | | Highly Confidential | |
| 449-018 | 463 | QVCINCDD_000420 | | |
| 449-019 | 464 | QVCINCDD_001174 | | |
| 449-020 | 465 | QVCG_SC_0000208 | | |
| 449-021 | 466 | QVCINCDD_001470 | | |
| 449-022 | 467 | CYGNUS0000073 | | |
| 449-032 | 477 | | | |
| 449-033 | 478 | | | |
| 449-034 | 479 | | | |
| 449-035 | 480 | | | |
| 449-036 | 481 | | | |
| 449-037 | 482 | | | |
| 449-038 | 483 | | | |
| 449-039 | 484 | | | |
| 449-040 | 485 | | | |
| 449-045 | 490 | | | |
| 449-046 | 491 | | | |
| 449-049 | 494 | | | |
| 449-050 | 495 | | | |
| 454-001 | 496 | | | |
| 454-005 | 500 | QVC_0109105 | | |
| 454-006 | 501 | QVC_0109016 | | |
| 454-007 | 502 | QVC_0109017 | | |
| 572-1 | 507 | | | |

## C.  PX EXHIBITS IN EVIDENCE

| ECF | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 370-002 | 002 | | | |
| 370-003 | 003 | | | |
| 370-006 | 006 | | | |
| 370-008 | 008 | | | |
| 381-014 | 014 | | | |

19

| ECF | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 370-016 | 017 | | | |
| 370-023 | 021 | | | |
| 370-026 | 024 | | | |
| 381-044 | 041 | QVC_0060463-0060466 | Highly Confidential | |
| 381-045 | 042 | QVC_0051644-0051645 | Highly Confidential | |
| 381-047 | 044 | QVC_0057114-0057158 | Highly Confidential | |
| 381-048 | 045 | QVC_0057159-0057214 | Highly Confidential | |
| 381-050 | 047 | QVC_0009778-0009885 | Highly Confidential | |
| 381-052 | 049 | LINTA_DDs_0000984-0000986 | Highly Confidential | |
| 381-057 | 054 | QVC_0062418-0062419 | Highly Confidential | |
| 381-055 | 055 | QVC_0048000-0048001 | Highly Confidential | |
| 381-056 | 056 | QVC_0050487-0050488 | Highly Confidential | |
| 381-057 | 057 | QVC_0061345-0061382 | Highly Confidential | |
| 381-061 | 058 | QVC_0052015-0052064 | Highly Confidential | |
| 381-064 | 061 | QVC_0105180-0105197 | Highly Confidential | |
| 381-065 - 381-068 | 062 | QVC_0066993-0068644 | Highly Confidential | |
| 381-071 | 065 | QVC_0090226-0090294 | Highly Confidential | |
| 381-072 | 066 | QVC_0089508-0089526 | Highly Confidential | |
| 381-075 | 069 | QVCG_SC_0000033-QVCG_SC_0000159 | Highly Confidential | |
| 381-077 | 071 | QVC_0085681-0085688 | Highly Confidential | |
| 381-079 | 073 | QVC_0085496-0085502 | Highly Confidential | |

20

| ECF | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 381-081 | 075 | QVCINCDD_00 0203-000241 | Highly Confidential | |
| 381-082 | 076 | QVCINCDD_00 0372- 000373 | Highly Confidential | |
| 381-088 | 082 | QVCINCDD_00 0419-000426 | Highly Confidential | |
| 381-089 | 083 | QVC_0078494-0078634 | Highly Confidential | |
| 381-091 | 085 | LINTA_DDs_00 00510-0000701 | Highly Confidential | |
| 381-092 - 381-093 | 086 | LINTA_DDs_00 00921-0001311 | Highly Confidential | |
| 381-095 | 088 | LINTA_DDs_00 01144 | Highly Confidential | |
| 381-096 | 089 | LINTA_DDs_00 00200-0000220 | Highly Confidential | |
| 381-097 | 090 | QVCINCDD_00 1097-001117 | Highly Confidential | |
| 381-098 | 091 | LINAHG_00000 97-0000105 | Highly Confidential | |
| 381-099 | 092 | QVC_0080512-0080556 | Highly Confidential | |
| 381-101 | 094 | QVCINCDD_00 1171-001177 | Highly Confidential | |
| 381-102 | 095 | QVC_0034969-0034972 | Highly Confidential | |
| 381-104 | 097 | QVC_0079049-0079060 | Highly Confidential | |
| 381-106 | 099 | QRIC-SC_188-200 | Highly Confidential | |
| 381-107 | 100 | QVC_0032180-0032201 | Highly Confidential | |
| 382-001 | 101 | QVC_0030398-0030423 | Highly Confidential | |
| 382-002 | 102 | QVCG_SC_0000 567-0000579 | Highly Confidential | |
| 382-003 | 103 | QVC_0075703-0075739 | Highly Confidential | |
| 382-004 | 104 | QVC_0075072-0075111 | Highly Confidential | |

21

| ECF | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 382-005 | 105 | QVC_0079148-0079158 | Highly Confidential | |
| 382-006 | 106 | QVC_0037099-0037100 | Highly Confidential | |
| 382-007 | 107 | QVC_0035096-0035109 | Highly Confidential | |
| 382-008 | 108 | QVC_0079132-0079147 | Highly Confidential | |
| 382-009 | 109 | QVC_0079179-0079195 | Highly Confidential | |
| 382-010 | 110 | QVC_0078970-0078984 | Highly Confidential | |
| 382-011 | 111 | QVC_0079159-0079178 | Highly Confidential | |
| 382-013 | 113 | QVC_0079346-0079366 | Highly Confidential | |
| 382-015 | 115 | QVCG_SC_0000977-0000983 | Highly Confidential | |
| 382-021 | 120 | RCF Agent 0000753-0000922 | Highly Confidential | |
| 382-022 | 121 | RCF Agent 0001346-0001439 | Highly Confidential | |
| 382-024 | 123 | QVC_0084192 | Highly Confidential | |
| 382-026 | 125 | QVC_0082793 | Highly Confidential | |
| 382-030 | 129 | QVC_0017051 | Highly Confidential | |
| 382-032 | 131 | LINTA_DDs_0004524 | Highly Confidential | |
| 382-033 | 132 | QVC_0085524 | Highly Confidential | |
| 388-002 | 202 | | Highly Confidential | |
| 388-003 | 203 | | Highly Confidential | |
| 388-045 | 245 | QVC_0057115-0057151 | Highly Confidential | |

22

| ECF | Preferred Shareholders' Exhibits (PX) | Bates No. | Confidentiality Designation | 502(d) Protected Material |
|---|---|---|---|---|
| 388-046 | 246 | | Highly Confidential | |
| 388-047 - 388-050 | 247 | | Highly Confidential | |
| 388-051 - 388-054 | 248 | | Highly Confidential | |
| 388-055 | 249 | | Highly Confidential | |
| 388-065 | 259 | QRIC-SC_612-632 | Highly Confidential | |
| 388-067 | 261 | QVC_0068645-0068670 | Highly Confidential | |
| 373-067 | 267 | | | |
| 388-088 | 281 | QVC_0032200 | Highly Confidential | |
| 388-089 | 282 | QVC_0052016-0052064 | Highly Confidential | |
| 408-029 | 323 | | | |
| 407-030 | 324 | QVC_0018265-0018267 | Highly Confidential | |
| 408-032 | 326 | | | |
| 408-042 | 336 | QVC_0020512 | | |
| 407-043 | 337 | LINTA_DDs_0004565-0004567 | Highly Confidential | |
| 407-044 | 338 | QVC_0028404-0028408 | Highly Confidential | |
| 407-045 | 339 | QVC_0078790-QVC_0078828 | Highly Confidential | |
| 407-056 | 350 | QVC_0079198-0079221 | Highly Confidential | |
| 407-057 | 351 | QVC_0105201-0105206 | Highly Confidential | |
| 407-058 | 352 | QVC_0105208 | Highly Confidential | |
| 437-001 | 367 | QVC_0079341 | Highly Confidential | |
| 457-003 | 370 | | | |
| 457-004 | 371 | | | |
| 457-005 | 372 | | | |
| 457-006 | 373 | | | |
| 460-1 | 374 | | | |

23