**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QVC GROUP, INC., *et al.*,[1] | ) Case No. 26-90447 (ARP) |
| | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SECOND STIPULATION AND AGREED ORDER**
**REGARDING CERTAIN REPORTING OBLIGATIONS AND DEADLINES**

This stipulation and agreed order (this "Stipulation") is entered into by and between the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and the United States Trustee for the Southern District of Texas (the "U.S. Trustee" and, collectively with the Debtors, the "Parties").

WHEREAS, on April 16, 2026, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 17, 2026, the Court entered an order [Docket No. 17] authorizing the procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

WHEREAS, the Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

WHEREAS, on April 17, 2026, the Debtors filed the *Debtors' Emergency Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement and Plan Confirmation Hearing, (II) Approving the Solicitation Procedures, (III) Approving the Deadlines and Notices Related Thereto, (IV) Waiving Certain Requirements in Connection Therewith, and (V) Granting Related Relief* [Docket No. 41] (the "Disclosure Statement Motion");

WHEREAS, the Disclosure Statement Motion contemplated that (i) the U.S. Trustee would not convene a meeting of creditors pursuant to section 341(e) of the Bankruptcy Code (the "Creditors' Meeting") and (ii) the Debtors would not file their statements of financial affair ("SOFAs"), schedules of assets and liabilities ("Schedules"), or their initial reports of financial information with respect to entities in which the Debtors hold a controlling or substantial interest, as set forth in Bankruptcy Rule 2015.3 (the "Rule 2015.3 Reports") provided that a plan of reorganization is confirmed on or before June 19, 2026 (the "Confirmation Milestone");

WHEREAS, on April 17, 2026, the Court entered the *Order (I) Scheduling a Combined Disclosure Statement and Plan Confirmation Hearing, (II) Approving the Solicitation Procedures, (III) Approving the Deadlines and Notices Related Thereto; (IV) Waiving Certain Requirements in Connection Therewith, and (V) Granting Related Relief*, which ordered the relief requested in the Disclosure Statement Motion [Docket No. 70] (the "Scheduling Order"); and

WHEREAS, on June 22, 2026, the Court entered the *Stipulation and Agreed Order Regarding Certain Reporting Obligations and Deadlines* [Docket No. 579] extending the Confirmation Milestone through and including July 1, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS ORDERED:**

1.     The Confirmation Milestone is hereby consensually extended to July 15, 2026, without prejudice to the Debtors' right to request further extensions thereof.

2.     The requirements that (a) the Debtors file the SOFAs, Schedules, and Rule 2015.3 Reports, and (b) the U.S. Trustee convene a Creditors' Meeting, shall be waived if the Plan is confirmed by the extended Confirmation Milestone.

3.     All other provisions in the Scheduling Order remain unchanged and in full force and effect.

4.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

**THE FOREGOING STIPULATION IS SO ORDERED:**

Signed: _____, 2026

_____
THE HONORABLE ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE

3

**STIPULATED AND AGREED TO BY:**

Dated:  June 29, 2026

*/s/ Jana Smith Whitworth*
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7
SOUTHERN and WESTERN DISTRICTS OF TEXAS

Jana Smith Whitworth
SBOT No. 00797453 / Fed. ID No. 20656
515 Rusk Avenue, Suite 3516
Houston Texas 77002
Telephone:        (713) 718-4650
Facsimile:        (713) 718-4670
Email:            Jana.Whitworth@usdoj.gov

*/s/ Jason S. Brookner*
**GRAY REED**
Jason S. Brookner (TX Bar No. 24033684)
Lydia R. Webb (TX Bar No. 24083758)
Emily F. Shanks (TX Bar No. 24110350)
1300 Post Oak Blvd.
Suite 2000
Houston, Texas 77056
Telephone:        (713) 986-7000
Facsimile:        (713) 986-7100
Email:            jbrookner@grayreed.com
                  lwebb@grayreed.com
                  eshanks@grayreed.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:            joshua.sussberg@kirkland.com
                  aparna.yenamandra@kirkland.com

- and -

Chad J. Husnick, P.C. (admitted *pro hac vice*)
Gabriela Zamfir Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:            chad.husnick@kirkland.com
                  gabriela.hensley@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*