**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| QVC GROUP, INC., *et al.*,[1] | ) | Case No. 26-90447 (ARP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DEBTORS' OBJECTION TO CITADEL'S**
**DECLARATION OF INTENT TO ACCUMULATE STOCK**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), for their objection (the "Objection") to the *Declaration of Intent to Accumulate Stock* [Docket No. 505] (the "Declaration") filed by Citadel Multi-Asset Master Fund Ltd. ("Citadel"), respectfully represent as follows:[2]

**Objection**

1.      The Procedures approved by the Interim NOL Order require an individual or entity to file a *Declaration of Intent to Accumulate Stock* if such individual or entity seeks to acquire 4.5% or more of any individual class (or series) of Preferred Stock. *See* Interim NOL Order at 7. On June 15, 2026, Citadel filed the Declaration noticing its intent to accumulate up to 708,626

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2]     Capitalized terms used but not otherwise defined in this Objection shall have the meanings ascribed to them in the *Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Stock, (II) Directing that Any Such Transfer or Declaration of Worthlessness in Violation of Such Procedures Be Null and Void Ab Initio, and (III) Granting Related Relief* [Docket No. 12] (the "NOL Motion") or the *Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Stock, (II) Directing that Any Such Transfer or Declaration of Worthlessness in Violation of Such Procedures Be Null and Void Ab Initio, and (III) Granting Related Relief* [Docket No. 78] (the "Interim NOL Order"), as applicable.

4908-5468-9981

shares, or 5.6%, of Preferred Stock.  Citadel should not be permitted to consummate the transactions set forth in the Declaration at this time.

2.      Section 382 of the Internal Revenue Code imposes certain limitations on the Debtors' ability to use their existing tax attributes (including interest expense carryforwards under Section 163(j) of the Internal Revenue Code) if the Debtors undergo an "ownership change."  The rules for determining whether an "ownership change" has occurred are complex and technical, and given the Debtors' equity capitalization structure, *any* accumulation of stock could cause such an "ownership change" and thereby limit the Debtors' ability to use their existing tax attributes to offset income.  As discussed at the Confirmation Hearing, the Debtors that file consolidated U.S. federal income tax returns (and corresponding relevant state and local tax returns) are subject to certain risks surrounding deferred tax liability, and an "ownership change" would substantially increase that potential risk.  Accordingly, the Debtors oppose the proposed stock trading set forth in the Declaration, which could trigger an "ownership change."

3.      Prior to filing this Objection, the Debtors attempted to consult with counsel to Citadel regarding a potential resolution of the Objection.  To date, the Debtors have been unable to resolve this issue.  The Debtors object to the transaction set forth in the Declaration prior to the effective date of the Debtors' chapter 11 plan.

4908-5468-9981

Respectfully submitted this 14th day of July 2026.

**GRAY REED**

By: */s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
Emily F. Shanks
Texas Bar No. 24110350
1845 Woodall Rodgers Fwy, Ste. 1300
Dallas, TX 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:        jbrookner@grayreed.com
              lwebb@grayreed.com
              eshanks@grayreed.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on July 14, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner

3

4908-5468-9981