**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| QVC GROUP, INC., *et al.*,[1] | Case No. 26-90447 (ARP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEAL**

Notice is hereby given that appellants Adam Gui, Citadel Americas LLC, Converium Capital Inc., Cygnus Opportunity Fund, LLC, Fore Capital, Highbridge Tactical Credit Institutional Fund, Ltd., Highbridge Tactical Credit Master Fund, L.P., Kenneth Grossman, Mycor L/S Credit Master Fund, LP, New Holland Trading LLC (formerly known as Plum Island Partners LLC) (collectively, "Appellants" or the "Preferred Shareholders")[2] of QVC Group, Inc. ("QVCG" and, together with its subsidiaries and affiliates in the above-captioned Chapter 11 cases, the "Debtors"), pursuant to 28 U.S.C. § 158(a)(1), and Rules 8002(a)(1)-(2) and 8003 of the Federal Rules of Bankruptcy Procedure, appeal to the United States District Court for the Southern District of Texas this Court's *Memorandum Decision (I) Approving Disclosure Statement, (II) Confirming Second Amended Plan, and (III) Granting Related Relief* [Dkt. No. 710] (the "Memorandum Decision"), entered in the above-captioned Chapter 11 cases on July 15, 2026, together with the order confirming the Debtors' plan anticipated to be entered by the Court consistent with the

[1] A complete list of each of the Debtors in these Chapter 11 cases (the "Chapter 11 Cases") may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 Cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2] The Preferred Shareholders are certain institutional and individual holders of the 8.000% Series A Cumulative Redeemable Preferred Stock (the "Preferred Stock") issued by QVCG identified in the amended Verified Statement pursuant to Bankruptcy Rule 2019 filed concurrently herewith.

Memorandum Decision (the "Confirmation Order"). A copy of the Memorandum Decision is attached hereto as **Exhibit A**.

The parties to the Confirmation Order, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| **Appellants** | **Appellant's Attorneys** |
|---|---|
| Adam Gui<br><br>Citadel Americas LLC<br><br>Converium Capital Inc.<br><br>Cygnus Opportunity Fund, LLC<br><br>Fore Capital<br><br>Highbridge Tactical Credit Institutional Fund, Ltd.<br><br>Highbridge Tactical Credit Master Fund, L.P.<br><br>Kenneth Grossman<br><br>Mycor L/S Credit Master Fund, LP<br><br>New Holland Trading LLC (formerly known as Plum Island Partners LLC) | **GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Kurt A. Mayr (admitted *pro hac vice*)<br>Agustina G. Berro (admitted *pro hac vice*)<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 970-1601<br>Email: aglenn@glennagre.com<br>kmayr@glennagre.com<br>aberro@glennagre.com<br><br>-and-<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>David H. Botter (admitted *pro hac vice*)<br>Joshua Brody (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Email: dbotter@cgsh.com<br>jbrody@cgsh.com<br><br>-and-<br><br>**KANE RUSSELL COLEMAN LOGAN PC**<br>Mark C. Taylor<br>Texas Bar No. 19713225<br>401 Congress Ave., Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 487-6650<br>Email: mtaylor@krcl.com |

| **<u>Appellee</u>** | **<u>Appellee's Attorneys</u>** |
|---|---|
| Debtors | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted pro hac vice)<br>Aparna Yenamandra, P.C. (admitted pro hac vice)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>-and-<br><br>Chad J. Husnick, P.C. (admitted pro hac vice)<br>Gabriela Zamfir Hensley (admitted pro hac vice)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: chad.husnick@kirkland.com<br>gabriela.hensley@kirkland.com<br><br>-and-<br><br>**GRAY REED**<br>Jason S. Brookner (TX Bar No. 24033684)<br>Lydia R. Webb (TX Bar No. 24083758)<br>Emily F. Shanks (TX Bar No. 24110350)<br>1300 Post Oak Blvd.<br>Suite 2000<br>Houston, Texas 77056<br>Telephone: (713) 986-7000<br>Facsimile: (713) 986-7100<br>Email: jbrookner@grayreed.com<br>lwebb@grayreed.com<br>eshanks@grayreed.com |

*[Remainder of Page Left Intentionally Blank]*

Dated: July 16, 2026

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ *Mark C. Taylor*
Mark C. Taylor
Texas Bar No. 19713225
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: mtaylor@krcl.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**

Andrew K. Glenn (admitted *pro hac vice*)
Kurt A. Mayr (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 970-1601
Email: aglenn@glennagre.com
kmayr@glennagre.com
aberro@glennagre.com

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

David H. Botter (admitted *pro hac vice*)
Joshua Brody (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: dbotter@cgsh.com
jbrody@cgsh.com

*Counsel to the Preferred Shareholders*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 16, 2026, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered to receive electronic notice in this case.

By: */s/ Mark C. Taylor*
Mark C. Taylor