**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QVC GROUP, INC., *et al.*,[1] | ) Case No. 26-90447 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER DENYING PREFERRED SHAREHOLDERS'**
**EMERGENCY MOTION FOR STAY PENDING APPEAL OF CONFIRMATION**
**ORDER UNDER BANKRUPTCY RULE 8007(A), OR, IN THE ALTERNATIVE, FOR**
**LIMITED STAY AND INTERIM STAY PENDING HEARING [DOCKET NO. 716]**

Upon the emergency motion (the "Motion") of Preferred Shareholders (the "Preferred Shareholders")[2] of QVC Group, Inc. ("QVCG" and, together with its subsidiaries and affiliates in the above-captioned Chapter 11 Cases, the "Debtors"), for entry of an order staying, pending appeal, the *Order (I) Approving the Debtors' Disclosure Statement for the Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, (II) Confirming the Second Amended Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (III) Granting Related Relief* [Docket No. 722] (the "Confirmation Order"),[3] under Rule 8007 of the Federal Rules of Bankruptcy Procedure; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Order of Reference to Bankruptcy Judges* from the United

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC.  The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[2]  The Preferred Shareholders are certain institutional and individual holders of the 8.000% Series A Cumulative Redeemable Preferred Stock issued by QVCG as identified in the *Amended Notice of Appeal* [Docket No. 726].

[3]  Terms capitalized but not defined herein shall have the meanings ascribed to such terms in the Confirmation Order.

States District Court for the Southern District of Texas, entered May 24, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the Court may enter a final order with respect to the Motion consistent with Article III of the United States Constitution; and the Court having found that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Preferred Shareholders' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion, the *Debtors' Objection to Preferred Shareholders' Emergency Motion for Stay Pending Appeal* [Docket No. 730], and the *Declaration of Jason Keyes in Support of Debtors' Opposition to the Preferred Shareholders' Emergency Motion for Stay Pending Appeal of Confirmation Order Under Bankruptcy Rule 8007(A), or, in the Alternative, for Limited Stay and Interim Stay Pending Hearing* [Docket No. 729] and having conducted an evidentiary hearing on July 21, 2026; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY DETERMINED, FOUND, ADJUDGED, DECREED, AND ORDERED THAT**:

1.     The Motion is denied for the reasons stated on the record during the Bankruptcy Court's oral bench ruling on July 22, 2026.

2.     To the extent a stay of the Confirmation Order were to be ordered, I find that based on the evidence presented, the appropriate measure of the harm from a stay would require setting a bond of no less than $631,000,000.00.

**SO ORDERED:**

Signed: July 22, 2026

_____
Alfredo R. Perez
United States Bankruptcy Judge