**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **QVC GROUP, INC., *et al.*,**[1] | ) | Case No. 26-90447 (ARP) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

# SUMMARY COVER SHEET TO FIRST AND FINAL FEE APPLICATION OF DUNDON ADVISERS LLC FOR PERIOD FROM MAY 12, 2026 THROUGH JULY 20, 2026

| | |
|---|---|
| Name of Applicant: | Dundon Advisers LLC ("Dundon") |
| Applicant's Role in Case: | Financial Advisor to the Official Committee of Unsecured Creditors of QVC Group, Inc., et al. |
| Docket No. of Employment Order(s): | Docket No. 621 |
| Final Application: | First and Final Fee Application |

| | | |
|---|---|---|
| Time period covered by this Application for which interim compensation has not previously been awarded: | **Beginning Date** May 12, 2026 | **End Date** July 20, 2026 |

Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? Yes

Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? Yes

Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? Yes

Do expense reimbursements represent actual and necessary expenses incurred? Not applicable — Dundon seeks no expense reimbursement in this Application.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

**Compensation Breakdown for Time Period Covered by this Application**

| | |
|---|---|
| Total professional fees requested in this Application: | $215,258.50 |
| Total professional hours covered by this Application: | 263.4 |
| Average hourly rate for professionals: | $817.23 |
| Total fees requested in this Application: | $215,258.50 |
| Total expense reimbursements requested in this Application: | $0.00 |
| Total fees and expenses requested in this Application: | $215,258.50 |
| Total fees and expenses awarded in all prior Applications: | N.A. |
| Plan Status: | Confirmed [Docket No. 722]; Effective Date occurred on August 6, 2026 |

**Primary Benefits:** During the period covered by this Application, Dundon served as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") and, among other things, (i) reviewed and analyzed the Debtors' first day pleadings, disclosure statement, prepackaged plan of reorganization and subsequent amendments thereto, including the Intercompany Settlement embedded therein; (ii) reviewed and analyzed the Debtors' prepetition intercompany transactions, including upstreamed dividends, tax payments and other transfers, and reconciled the Debtors' intercompany presentations against SEC filings and general ledger detail; (iii) analyzed the solvency of QVC Group, Inc. ("QVCG"), including review of the assumptions underlying prepetition solvency opinions and the historical trading prices of the Debtors' debt and equity securities relative to dividend and tax distributions; (iv) reviewed and cataloged the Debtors' document productions and data room; (v) supported the Committee and its counsel in connection with the contested combined disclosure statement and confirmation proceedings, including the Committee's opposition to the preferred shareholders' motion to terminate exclusivity; and (vi) reported its findings and recommendations to the Committee and its counsel.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **QVC GROUP, INC.**, ***et al.***,[2] | ) | Case No. 26-90447 (ARP) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST AND FINAL FEE**
**APPLICATION OF DUNDON ADVISERS LLC**
**FOR PERIOD FROM MAY 12, 2026**
**THROUGH JULY 20, 2026**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Dundon Advisers LLC ("Dundon" or the "Applicant"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases of QVC Group, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby files this first and final fee application (this "Application") for final allowance of compensation for professional services performed by Dundon during the period commencing May 12, 2026 through July 20, 2026 (the "Compensation Period") in the amount of $215,258.50, and respectfully represents as follows:

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

**Preliminary Statement**

1. During the Compensation Period, Dundon and its professionals supported the Committee in discharging its statutory duties in these expedited, prepackaged chapter 11 cases, including, among other things: (i) reviewing and analyzing the Debtors' first day pleadings, declarations and case background; (ii) reviewing and analyzing the Debtors' Joint Prepackaged Plan of Reorganization (as amended, the "Plan") and related Disclosure Statement, including the Intercompany Settlement embedded therein and the treatment of creditors and interest holders thereunder; (iii) investigating the Debtors' prepetition intercompany transactions, including upstreamed dividends, tax distributions and other transfers among QVC, Inc., QVC Group, Inc. ("QVCG"), Liberty Interactive LLC ("LINTA") and their affiliates, and reconciling the Debtors' intercompany presentations to SEC filings and general ledger detail; (iv) analyzing QVCG's solvency, including the assumptions underlying prepetition solvency opinions rendered in connection with historical dividend issuances and the trading history of the Debtors' bonds, common equity and preferred equity; (v) reviewing and cataloging the Debtors' data room and document productions; (vi) supporting the Committee's participation in the contested combined disclosure statement and plan confirmation proceedings, including the Committee's opposition to the motion of certain preferred shareholders to terminate the Debtors' plan exclusivity; and (vii) regularly reporting findings and recommendations to the Committee and its counsel, Pachulski Stang Ziehl & Jones LLP.

2. The professional services performed by Dundon during the Compensation Period were actual and necessary to preserve and protect the interests of unsecured creditors and the value of the Debtors' estates in these chapter 11 cases. Given the circumstances of these chapter 11 cases, Dundon's charges for professional services performed are reasonable and appropriate under

applicable standards. Dundon respectfully requests that the Court grant this Application and allow final compensation for professional services performed during the Compensation Period.

## Background

3. On April 16, 2026 (the "Petition Date"), the Debtors each commenced with the United States Bankruptcy Court for the Southern District of Texas (the "Court") a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors were authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner was appointed in these chapter 11 cases. The Debtors' chapter 11 cases are jointly administered for procedural purposes pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules") [Docket No. 17].

4. The Debtors commenced these chapter 11 cases to implement a prepackaged financial restructuring, supported by a restructuring support agreement with holders of a significant majority of the Debtors' approximately $6.5 billion of outstanding funded debt obligations, that contemplated, among other things, a comprehensive settlement of intercompany claims among the Debtors (the "Intercompany Settlement"). On April 17, 2026, the Debtors filed the Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and the related Disclosure Statement.

5. On May 6, 2026, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 198]. The Committee is comprised of four members: (i) Waco Shoe Company; (ii)

JCL Design LLC; (iii) Easy Way Leisure Corp; and (iv) Brandie Speed. On May 8, 2026, the Committee selected Pachulski Stang Ziehl & Jones LLP ("PSZJ") to serve as its counsel, and on May 12, 2026, the Committee selected Dundon to serve as its financial advisor in the Chapter 11 Cases.

6. On May 8, 2026, certain preferred shareholders of QVCG filed an emergency motion pursuant to section 1121(d) of the Bankruptcy Code seeking to terminate the Debtors' exclusive periods with respect to QVCG [Docket No. 205] (the "Exclusivity Termination Motion"), in order to permit the filing of a competing plan for QVCG premised on the prosecution, rather than settlement, of alleged intercompany claims. The Committee, with Dundon's analytical support, opposed the Exclusivity Termination Motion.

7. On May 19, 2026, the Debtors filed the First Amended Joint Prepackaged Plan of Reorganization, and on June 2, 2026, the Debtors filed the Second Amended Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 389].

8. The Court conducted a contested combined hearing to consider the adequacy of the Disclosure Statement, confirmation of the Plan and the Exclusivity Termination Motion. On July 15, 2026, the Court issued its Memorandum Decision approving the Disclosure Statement and confirming the Plan, including approval of the Intercompany Settlement, and on July 20, 2026, the Court entered the Order (I) Approving the Debtors' Disclosure Statement for the Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, (II) Confirming the Second Amended Joint Prepackaged Plan of Reorganization of QVC Group, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, and (III) Granting Related Relief [Docket No. 722], confirming the Plan.

9. On August 6, 2026, the Effective Date of the Plan occurred and the Plan was consummated.

## Jurisdiction

10. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

11. This Application has been prepared in accordance with sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Bankruptcy Local Rule 2016-1, the Procedures for Complex Cases in the Southern District of Texas (the "Complex Case Procedures"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 (collectively with the Complex Case Procedures, the "Fee Guidelines"). Dundon respectfully requests that the Court grant this Application and allow, on a final basis, compensation for professional services performed during the Compensation Period in the amount of $215,258.50. Dundon seeks no reimbursement of expenses in this Application.

12. A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "Proposed Order").

## Retention of Dundon

13. On May 12, 2026, the Committee selected Dundon to serve as its financial advisor in these chapter 11 cases. On June 9, 2026, the Committee filed the Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Committee Effective as of May 12, 2026 [Docket No. 471] (the "Retention Application"). On July 6, 2026, the Court entered the

Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of May 12, 2026 [Docket No. 621] (the "Retention Order"), approving the Retention Application and authorizing the employment and retention of Dundon as financial advisor to the Committee effective as of May 12, 2026. The Retention Order provides that Dundon shall apply, and be compensated, for professional services rendered in compliance with sections 328, 330 and 331 of the Bankruptcy Code, and shall file monthly, interim, and final requests for allowance of compensation.

**Summary of Professional Compensation Requested**

14. Dundon seeks final allowance of compensation for professional services performed during the Compensation Period in the amount of $215,258.50. During the Compensation Period, Dundon professionals expended a total of 263.4 hours in connection with the necessary services performed, at a blended hourly rate of approximately $817.23.

15. The Compensation Period concludes on July 20, 2026, the date on which the Court entered the Confirmation Order. In addition to fees incurred during the Compensation Period, this Application includes actual fees in the amount of $7,198.00 for 5.9 hours of services rendered by Dundon after July 20, 2026 through and including July 31, 2026, consisting of attendance at the July 21 and July 22, 2026 hearings regarding certain preferred shareholders' motion for a stay pending appeal, review of professional fee accruals, and the preparation and compilation of billing information for this Application. These amounts reflect actual time incurred, rather than an estimate, and are set forth in the detailed time records attached hereto as Exhibit E and included in the total compensation of $215,258.50 requested herein. To the extent Dundon renders additional services after the date of this Application through the date of any hearing on this Application,

Dundon will file a supplement detailing the actual fees requested for such services prior to such hearing. Dundon reserves the right to alter, amend, or supplement this Application as necessary.

16. There is no agreement or understanding between Dundon and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases. During the Compensation Period, Dundon received no payment or promise of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.

**<u>Supporting Documents</u>**

17. Attached hereto as **Exhibit B** is the certification of Matthew Dundon certifying compliance with the applicable Bankruptcy Local Rules and the Complex Case Procedures.

18. Attached hereto as **Exhibit C** is a summary setting forth the name of each Dundon professional who provided services to the Committee during the Compensation Period, such professional's hourly rate, and the number of hours worked by such professional during the Compensation Period.

19. Attached hereto as **Exhibit D** is a summary setting forth the hours worked by Dundon professionals on behalf of the Committee during the Compensation Period, divided by project category.

20. Attached hereto as **Exhibit E** are detailed time records documenting the work performed by Dundon professionals during the Compensation Period.

**<u>Summary of Professional Services Rendered During Compensation Period</u>**

21. During the Compensation Period, Dundon devoted substantial resources and rendered significant professional services to the Committee on an expedited timeline commensurate with the prepackaged nature of these chapter 11 cases and the contested

confirmation schedule. The below summary is organized in accordance with Dundon's internal time-tracking system and broken down by project or task codes applicable to work performed for the Committee. Certain services performed may overlap between, or appropriately be allocated to, more than one task code.

a. **Business Analysis — Fees: $107,893.50; Total Hours: 147.9**

- Review and analyze the Debtors' first day declarations and case background; review and catalog documents produced to the Debtors' data room; reconcile the Debtors' presentations of intercompany transfers against SEC filings and general ledger detail; prepare a cash bridge of the sources and uses of funds upstreamed from QVCG; analyze market capitalization, bond pricing, and dividend and tax distribution history; test the effect of allowed dividend claims on intercompany settlement value; review and analyze the Debtors' financing arrangements and fee accruals; and report findings to the Committee and its counsel;

b. **Case Administration — Fees: $3,835.50; Total Hours: 5.7**

- Establish communication and document-management protocols for the engagement, review and calendar key case dates, and organize documents produced by the Debtors;

c. **Claims Analysis — Fees: $1,217.00; Total Hours: 1.2**

- Review and analyze matters relating to claims against the Debtors' estates;

d. **Committee Member/Professional Meetings & Communications — Fees: $1,372.00; Total Hours: 1.6**

- Participate in kickoff and coordination calls with Committee counsel regarding document production, the investigation, and case strategy;

e. **Exit and Post-Effective Date Planning — Fees: $768.00; Total Hours: 0.8**

- Review pleadings bearing on the path to emergence, including the motion to terminate exclusivity;

f. **Hearing, Mediation and Arbitration Preparation — Fees: $27,699.50; Total Hours: 35.1**

- Prepare for and attend status conferences regarding the Exclusivity Termination Motion; prepare for and attend the contested combined disclosure statement and plan confirmation hearings held; and attend subsequent hearings, including with respect to the preferred shareholders' motion for a stay pending appeal;

g. **Investigations — Fees: $26,266.00; Total Hours: 25.6**

- Investigate the Debtors' prepetition intercompany transactions, including review of Schedule 5A and Schedule 6 (LINTA) transactions, upstreamed dividends and tax payments; review the assumptions underlying prepetition solvency opinion reports rendered in connection with historical dividend issuances; analyze the trading history of the Debtors' bonds, common equity and preferred equity relative to dividend and tax payments from 2022 through 2026; and coordinate with Committee counsel regarding document production;

h. **Plan and Disclosure Statement — Fees: $34,872.00; Total Hours: 32.1**

- Review and analyze the Plan and Disclosure Statement and amendments thereto, including the Intercompany Settlement, opt-out and opt-in mechanics, and the treatment of and recoveries to holders of claims and interests; and

i. **Retention and Fee Applications — Fees: $11,335.00; Total Hours: 13.4**

- Prepare Dundon's retention application and related disclosures, and prepare and compile billing information, fee estimates and this fee application.

22. The foregoing professional services were necessary and appropriate to the administration of these chapter 11 cases. The professional services performed by Dundon were in the best interests of the Committee, unsecured creditors, and the Debtors' estates. Compensation for such services is commensurate with the complexity, importance, and nature of the issues and tasks that were involved in these chapter 11 cases.

**Requested Compensation Should Be Allowed**

23. Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. Section 330(a)(1) of the Bankruptcy Code provides that a Court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

24. The Fifth Circuit Court of Appeals has held that lower courts should consider the six factors found in section 330(a)(3) of the Bankruptcy Code when awarding compensation to professionals. *See In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012). Specifically, under section 330 of the Bankruptcy Code, courts "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including — (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of

time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. 11 U.S.C. § 330(a)(3).

25. Dundon's services for which it seeks compensation in this Application were necessary for and beneficial to the Committee's discharge of its statutory duties, the interests of unsecured creditors, the orderly administration of these chapter 11 cases, and the consensual resolution of contested confirmation issues. The compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee, the Debtors' estates, and all parties in interest. The rates charged are Dundon's normal hourly rates of compensation for work of this character and are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11.

26. In sum, the services rendered by Dundon were necessary and beneficial to the Committee and the Debtors' estates and were consistently performed in a timely manner commensurate with the complexity, importance, and types of issues involved in these chapter 11 cases. Accordingly, final approval of the compensation for professional services sought in this Application is warranted.

## Reservation of Rights

27. Dundon reserves the right to request additional compensation to the extent that it is later determined that time charges for services rendered during the Compensation Period, or for services rendered after the Compensation Period, have not yet been submitted, and does not waive,

and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought hereunder.

## Notice

28. Notice of this Application has been provided to: (a) the Office of the United States Trustee for the Southern District of Texas; (b) counsel to the Debtors; (c) counsel to the Committee; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d). Dundon submits that, in light of the nature of the relief requested, no other or further notice need be given.

## Conclusion

WHEREFORE, Dundon respectfully requests that the Court (i) award final allowance of Dundon's compensation for professional services rendered to the Committee during the Compensation Period in the amount of $215,258.50 (representing 100% of fees incurred), (ii) direct payment by the Debtors of the difference between the amounts allowed and any amounts previously paid by the Debtors, and (iii) grant such other and further relief as the Court may deem just and proper.

Dated: September 20, 2026
New York, New York

Respectfully submitted,

/s/ Matthew Dundon
Matthew Dundon
Principal
Dundon Advisers LLC
565 Fifth Avenue, 16th Floor
New York, NY 10017
Telephone: (212) 859-2000
md@dundon.com
Financial Advisor for the Official Committee
of Unsecured Creditors

# Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **QVC GROUP, INC., *et al.*,**[3] | ) | Case No. 26-90447 (ARP) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER ALLOWING FIRST**
**AND FINAL FEE APPLICATION OF**
**DUNDON ADVISERS LLC FOR PERIOD**
**FROM MAY 12, 2026 THROUGH JULY 20, 2026**

The Court has considered the First and Final Fee Application of Dundon Advisers LLC for Period From May 12, 2026 Through July 20, 2026 (the "Application"), filed by Dundon Advisers LLC ("Dundon"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases. The Court orders:

1. Dundon is allowed compensation in the amount of $215,258.50 for the period set forth in the Application.

2. The compensation allowed in this Order is approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Dated: ________, 2026
Houston, Texas

---

[3] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

# Exhibit B

## Certification of Matthew Dundon

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **QVC GROUP, INC., *et al.*,**[4] | ) | Case No. 26-90447 (ARP) |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF MATTHEW DUNDON IN SUPPORT OF FIRST AND FINAL FEE APPLICATION OF DUNDON ADVISERS LLC FOR PERIOD FROM MAY 12, 2026 THROUGH JULY 20, 2026**

I, Matthew Dundon, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Principal of Dundon Advisers LLC ("Dundon"). Dundon has served as financial advisor to the Official Committee of Unsecured Creditors in the Debtors' chapter 11 cases.

2. I have read the foregoing fee application of Dundon (the "Application").[5] To the best of my knowledge, information and belief, the statements contained in the Application are true and correct. In addition, I believe that the Application complies with Bankruptcy Local Rule 2016-1(a).

3. I am the professional at Dundon designated with the responsibility in these chapter 11 cases for compliance with the Complex Case Procedures. In connection therewith, I hereby certify: I have read the Application; (a) to the best of my knowledge, information, and belief,

[4] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.

[5] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

formed after reasonable inquiry, the compensation sought in the Application is in conformity with the Complex Case Procedures, except as specifically noted therein; and (b) the compensation requested is billed at rates, in accordance with practices, no less favorable than those customarily employed by Dundon and generally accepted by Dundon's clients.

Dated: September 20, 2026
New York, New York

/s/ Matthew Dundon
Matthew Dundon
Dundon Advisers LLC

# Exhibit C

## COMPENSATION BY PROFESSIONAL
## MAY 12, 2026 THROUGH JULY 20, 2026

| Professional | Rate | Hours | Fees |
|---|---:|---:|---:|
| Matthew Dundon | $1,090.00 | 1.1 | $1,199.00 |
| Peter Hurwitz | $1,090.00 | 52.0 | $56,680.00 |
| Peter Hurwitz | $1,220.00 | 6.5 | $7,930.00 |
| Joshua Nahas | $960.00 | 72.0 | $69,120.00 |
| Michael Whalen | $755.00 | 61.1 | $46,130.50 |
| Jack Poynter | $495.00 | 57.7 | $28,561.50 |
| Landon Davis | $495.00 | 7.5 | $3,712.50 |
| Chris Kazantzis | $350.00 | 3.6 | $1,260.00 |
| Brodie Galfus | $350.00 | 1.9 | $665.00 |
| **Total Hours and Fees** | | **263.4** | **$215,258.50** |

# Exhibit D

## COMPENSATION BY PROJECT CATEGORY
## MAY 12, 2026 THROUGH JULY 20, 2026

| **Project Category** | **Hours** | **Fees** |
|---|---:|---:|
| Business Analysis | 147.9 | $107,893.50 |
| Plan and Disclosure Statement | 32.1 | $34,872.00 |
| Hearing, Mediation and Arbitration Preparation | 35.1 | $27,699.50 |
| Investigations | 25.6 | $26,266.00 |
| Retention and Fee Applications | 13.4 | $11,335.00 |
| Case Administration | 5.7 | $3,835.50 |
| Committee Member/Professional Meetings & Communications | 1.6 | $1,372.00 |
| Claims Analysis | 1.2 | $1,217.00 |
| Exit and Post-Effective Date Planning | 0.8 | $768.00 |
| **Total Hours and Fees** | **263.4** | **$215,258.50** |

# Exhibit E

## PROFESSIONAL FEE DETAIL FOR PERIOD
## MAY 12, 2026 THROUGH JULY 20, 2026

| Professional | Date | Activity | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Matthew Dundon | 05/19/2026 | Plan and Disclosure Statement | Review and analysis of opt out options | 0.30 | $1,090.00/hr | $327.00 |
| Matthew Dundon | 05/19/2026 | Business Analysis | Internal team discussion of preferred equity position re solvency reports which accompanied past intercompany transfers. | 0.30 | $1,090.00/hr | $327.00 |
| Matthew Dundon | 05/20/2026 | Claims Analysis | Discussion of status of WARN ACT claims with lead plaintiff counsel. | 0.30 | $1,090.00/hr | $327.00 |
| Matthew Dundon | 05/20/2026 | Claims Analysis | Communications with UCC counsel and WARN ACT lead counsel re WARN ACT claims | 0.20 | $1,090.00/hr | $218.00 |
| **Totals For Matthew Dundon** | | | | **1.10** | | **$1,199.00** |
| Peter Hurwitz | 05/12/2026 | Business Analysis | Telecon Pachulski (B. Sandler) re: case issues | 0.50 | $1,090.00/hr | $545.00 |
| Peter Hurwitz | 05/12/2026 | Plan and Disclosure Statement | Review and analyze Debtors Plan and Disclosure Statement | 1.00 | $1,090.00/hr | $1,090.00 |
| Peter Hurwitz | 05/13/2026 | Plan and Disclosure Statement | Review and analyze plan and disclosure statement | 2.40 | $1,090.00/hr | $2,616.00 |
| Peter Hurwitz | 05/13/2026 | Business Analysis | Review and analyze first day declarations and case background | 1.70 | $1,090.00/hr | $1,853.00 |
| Peter Hurwitz | 05/13/2026 | Hearing, Mediation and Arbitration Preparation | Attend status conference re: termination of exclusivity | 0.50 | $1,090.00/hr | $545.00 |
| Peter Hurwitz | 05/13/2026 | Business Analysis | Telecon Pachulski (R. Feinstein), Dundon (J. Nahas) re: case strategy | 0.80 | $1,090.00/hr | $872.00 |
| Peter Hurwitz | 05/14/2026 | Business Analysis | Review and analyze DIP | 1.70 | $1,090.00/hr | $1,853.00 |
| Peter Hurwitz | 05/14/2026 | Investigations | Telecon Pachulski, Dundon re: document production and investigation | 0.80 | $1,090.00/hr | $872.00 |
| Peter Hurwitz | 05/18/2026 | Investigations | Review and analyze data room production from Debtors | 2.40 | $1,090.00/hr | $2,616.00 |
| Peter Hurwitz | 05/19/2026 | Plan and Disclosure Statement | Review and analyze first amended plan and DS | 0.90 | $1,090.00/hr | $981.00 |
| Peter Hurwitz | 05/20/2026 | Plan and Disclosure Statement | Telecon Pachulski (R. Feinstein) re: plan issues | 0.30 | $1,090.00/hr | $327.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Peter Hurwitz | 05/22/2026 | Retention and Fee Applications | Review and revise retention application and declaration, telecon J. Poynter re: same | 2.00 | $1,090.00/hr | $2,180.00 |
| Peter Hurwitz | 05/26/2026 | Investigations | Review and analyze pre-petition debt structure | 2.40 | $1,090.00/hr | $2,616.00 |
| Peter Hurwitz | 05/27/2026 | Plan and Disclosure Statement | Review and analyze objections to plan and DS | 1.60 | $1,090.00/hr | $1,744.00 |
| Peter Hurwitz | 05/27/2026 | Plan and Disclosure Statement | Review and analyze expert reports | 1.90 | $1,090.00/hr | $2,071.00 |
| Peter Hurwitz | 06/01/2026 | Investigations | Attend to FTI (G. Davis) deposition | 5.00 | $1,090.00/hr | $5,450.00 |
| Peter Hurwitz | 06/01/2026 | Investigations | Review FTI (G. Davis) expert report and prep for deposition | 2.40 | $1,090.00/hr | $2,616.00 |
| Peter Hurwitz | 06/02/2026 | Plan and Disclosure Statement | Review and analyze updated plan and DS | 0.60 | $1,090.00/hr | $654.00 |
| Peter Hurwitz | 06/03/2026 | Plan and Disclosure Statement | Prepare for confirmation hearing including reviewing expert reports and deposition transcripts | 2.30 | $1,090.00/hr | $2,507.00 |
| Peter Hurwitz | 06/04/2026 | Plan and Disclosure Statement | Attend confirmation hearing | 5.00 | $1,090.00/hr | $5,450.00 |
| Peter Hurwitz | 06/05/2026 | Plan and Disclosure Statement | Attend confirmation hearing | 2.70 | $1,090.00/hr | $2,943.00 |
| Peter Hurwitz | 06/08/2026 | Plan and Disclosure Statement | Attend confirmation hearing | 6.90 | $1,090.00/hr | $7,521.00 |
| Peter Hurwitz | 06/08/2026 | Business Analysis | Review and comment on UCC and Counsel presentation on intercompany transactions | 1.40 | $1,090.00/hr | $1,526.00 |
| Peter Hurwitz | 06/09/2026 | Retention and Fee Applications | Review PSZJ comments to retention application, revise same for filing | 0.70 | $1,090.00/hr | $763.00 |
| Peter Hurwitz | 06/10/2026 | Plan and Disclosure Statement | Attend confirmation hearing | 4.10 | $1,090.00/hr | $4,469.00 |
| Peter Hurwitz | 07/15/2026 | Plan and Disclosure Statement | Review confirmation opinion | 0.60 | $1,220.00/hr | $732.00 |
| Peter Hurwitz | 07/21/2026 | Hearing, Mediation and Arbitration Preparation | Attend hearing re: pref sh motion to stay | 1.50 | $1,220.00/hr | $1,830.00 |
| Peter Hurwitz | 07/21/2026 | Business Analysis | Review and analyze fee accruals, email exchange Pachulski (R. Feinstein) re: same | 0.40 | $1,220.00/hr | $488.00 |
| Peter Hurwitz | 07/22/2026 | Hearing, Mediation and Arbitration Preparation | Attend continued hearing re: pref sh motion to stay | 0.50 | $1,220.00/hr | $610.00 |
| Peter Hurwitz | 07/31/2026 | Retention and Fee Applications | Preparation and compilation of billing information and estimates per Debtors' request, begin preparation of fee application | 3.50 | $1,220.00/hr | $4,270.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals For Peter Hurwitz** | | | | **58.50** | | **$64,610.00** |
| Joshua Nahas | 05/12/2026 | Plan and Disclosure Statement | Review and analyze POR/DS | 1.50 | $960.00/hr | $1,440.00 |
| Joshua Nahas | 05/12/2026 | Exit and Post-Effective Date Planning | Review motion to terminate exclusivity | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/13/2026 | Hearing, Mediation and Arbitration Preparation | Dial in to emergency status conference on termination of exclusivity | 0.50 | $960.00/hr | $480.00 |
| Joshua Nahas | 05/13/2026 | Committee Member/Professional Meetings & Communications | QVC kickoff call with Pachulski | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/13/2026 | Investigations | Review bond price history at QVCI and stock and preferred market cap history vs dividend and tax payments from 2022-2026 | 4.50 | $960.00/hr | $4,320.00 |
| Joshua Nahas | 05/13/2026 | Investigations | Review analysis for tax and dividends vs security pricing with J Poynter, M Whalen and B Galfus | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/14/2026 | Business Analysis | Review presentation on market cap and bond prices (.7) review with MW, JP (.5) | 1.20 | $960.00/hr | $1,152.00 |
| Joshua Nahas | 05/14/2026 | Business Analysis | Review memorandum and supporting analysis outlining identified sources and uses of upstreamed transfers | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/14/2026 | Business Analysis | Call on investigations due diligence and data request work streams | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/15/2026 | Business Analysis | Call with M. Whalen discussing information provided by Debtors | 0.20 | $960.00/hr | $192.00 |
| Joshua Nahas | 05/15/2026 | Business Analysis | Review and catalog data room | 1.20 | $960.00/hr | $1,152.00 |
| Joshua Nahas | 05/15/2026 | Investigations | Review K&E board deck on transactions (.8) compare payments to those in SEC filings (1.1) | 1.90 | $960.00/hr | $1,824.00 |
| Joshua Nahas | 05/17/2026 | Business Analysis | Review presentation of intercompany transfers prepared by Debtors and reconcile with SEC filing | 1.30 | $960.00/hr | $1,248.00 |
| Joshua Nahas | 05/18/2026 | Business Analysis | Review of excel spreadsheet detailing inflows / outflows of QVCG beginning in 2022 | 1.30 | $960.00/hr | $1,248.00 |
| Joshua Nahas | 05/18/2026 | Business Analysis | Review of additional documents uploaded by K&E supporting analysis of settlement between C and G including exchanges of draft term sheets | 1.50 | $960.00/hr | $1,440.00 |
| Joshua Nahas | 05/18/2026 | Business Analysis | Review Kroll assumptions used in solvency opinion report for Q4 2022 prior to dividend issuance | 1.50 | $960.00/hr | $1,440.00 |
| Joshua Nahas | 05/19/2026 | Business Analysis | Internal team discussing intercompany transactions and cash management | 1.20 | $960.00/hr | $1,152.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Joshua Nahas | 05/19/2026 | Investigations | Review schedule 5A transactions | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/19/2026 | Investigations | Review Schedule 6 LINTA transactions | 0.90 | $960.00/hr | $864.00 |
| Joshua Nahas | 05/20/2026 | Claims Analysis | Discussed intercompany transactions and claims with internal team | 0.70 | $960.00/hr | $672.00 |
| Joshua Nahas | 05/20/2026 | Business Analysis | Review GL transaction history | 2.50 | $960.00/hr | $2,400.00 |
| Joshua Nahas | 05/20/2026 | Business Analysis | Review reconciliation of GL to payments reported in SEC filings | 1.50 | $960.00/hr | $1,440.00 |
| Joshua Nahas | 05/20/2026 | Business Analysis | Review cash bridge for sources and uses of cash at QVCG to determine intercompany liability and how upstreamed funds were utilized | 2.30 | $960.00/hr | $2,208.00 |
| Joshua Nahas | 05/20/2026 | Business Analysis | Review and analyze with M. Whalen and J. Poynter findings of intercompany analysis and cash bridge at QVCG | 1.10 | $960.00/hr | $1,056.00 |
| Joshua Nahas | 05/20/2026 | Investigations | Review schedule 33.1 transaction schedules | 0.50 | $960.00/hr | $480.00 |
| Joshua Nahas | 05/20/2026 | Investigations | Review 5B transaction list | 0.60 | $960.00/hr | $576.00 |
| Joshua Nahas | 05/20/2026 | Investigations | Review 4.7.26 TS | 0.60 | $960.00/hr | $576.00 |
| Joshua Nahas | 05/20/2026 | Investigations | Review detailed Org Chart provided by Debtors | 0.40 | $960.00/hr | $384.00 |
| Joshua Nahas | 05/21/2026 | Investigations | Review Evercore presentation | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/21/2026 | Investigations | Review Milbank presentation | 0.80 | $960.00/hr | $768.00 |
| Joshua Nahas | 05/26/2026 | Business Analysis | Review and analyze GL for cash bridge from 2022 - Petition Date and identify transfers from QVCG to LINTA | 2.50 | $960.00/hr | $2,400.00 |
| Joshua Nahas | 05/26/2026 | Business Analysis | Review and comment on intercompany presentation completed by J. Poynter and M Whalen | 1.50 | $960.00/hr | $1,440.00 |
| Joshua Nahas | 05/27/2026 | Business Analysis | Review of bank records provided by Debtors in data room to confirm potential additional outflows in the cash bridge not captured in ledger or SEC filings | 3.50 | $960.00/hr | $3,360.00 |
| Joshua Nahas | 05/27/2026 | Business Analysis | Review of Debtor bank records for payments sent to QVCG for the servicing of LINTA debt | 2.00 | $960.00/hr | $1,920.00 |
| Joshua Nahas | 05/27/2026 | Business Analysis | Review and comments on revised draft of payments presentation | 1.20 | $960.00/hr | $1,152.00 |
| Joshua Nahas | 05/29/2026 | Business Analysis | Review and analyze dynamic ledger for TSA payments to be integrated into presentation | 2.50 | $960.00/hr | $2,400.00 |
| Joshua Nahas | 06/01/2026 | Business Analysis | Review of GL entries to create cash bridge from 2022 through petition date and determine intercompany liability | 2.40 | $960.00/hr | $2,304.00 |
| Joshua Nahas | 06/02/2026 | Business Analysis | Draft outline for presentation covering intercompany transfers and capital contributions between entities | 1.50 | $960.00/hr | $1,440.00 |
| Joshua Nahas | 06/02/2026 | Business Analysis | Analyze overpayment of taxes from QVC to QVCG and accrual of full tax liability | 1.50 | $960.00/hr | $1,440.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Joshua Nahas | 06/02/2026 | Business Analysis | Review changes to cash bridge in presentation after reviewing TSA payments | 1.20 | $960.00/hr | $1,152.00 |
| Joshua Nahas | 06/04/2026 | Hearing, Mediation and Arbitration Preparation | Participate on Confirmation Hearing | 4.50 | $960.00/hr | $4,320.00 |
| Joshua Nahas | 06/05/2026 | Hearing, Mediation and Arbitration Preparation | Participate on Confirmation Hearing | 2.20 | $960.00/hr | $2,112.00 |
| Joshua Nahas | 06/05/2026 | Hearing, Mediation and Arbitration Preparation | Participate in day 2 of Confirmation Hearing | 4.00 | $960.00/hr | $3,840.00 |
| Joshua Nahas | 06/08/2026 | Business Analysis | Review changes to cash bridge in presentation after reviewing TSA payments | 1.00 | $960.00/hr | $960.00 |
| Joshua Nahas | 06/08/2026 | Business Analysis | Discussion with M. Whalen on presentation and findings from bank records | 0.50 | $960.00/hr | $480.00 |
| Joshua Nahas | 06/09/2026 | Retention and Fee Applications | Review retention application | 1.20 | $960.00/hr | $1,152.00 |
| Joshua Nahas | 06/10/2026 | Hearing, Mediation and Arbitration Preparation | Dial into confirmation hearing | 3.50 | $960.00/hr | $3,360.00 |
| **Totals For Joshua Nahas** | | | | **72.00** | | **$69,120.00** |
| Michael Whalen | 05/14/2026 | Committee Member/Professional Meetings & Communications | Call with Pachulski, J. Nahas, and P. Hurwitz discussing document production and investigation | 0.80 | $755.00/hr | $604.00 |
| Michael Whalen | 05/14/2026 | Business Analysis | Call with J. Nahas discussing request for market cap and bond prices | 0.10 | $755.00/hr | $75.50 |
| Michael Whalen | 05/14/2026 | Business Analysis | Follow up call with J. Nahas on additional analysis of debt yield prior to call with Pachulski | 0.10 | $755.00/hr | $75.50 |
| Michael Whalen | 05/14/2026 | Business Analysis | Review market cap, debt prices, and transfers with J. Nahas and J. Poynter | 0.50 | $755.00/hr | $377.50 |
| Michael Whalen | 05/14/2026 | Business Analysis | Pull together summary chart of market cap, bond prices, and upstreamed dividends and transfers at request of J. Nahas prior to call with Pachulski team | 1.60 | $755.00/hr | $1,208.00 |
| Michael Whalen | 05/14/2026 | Business Analysis | Draft short memorandum outlining identified sources and uses of upstreamed transfers | 0.60 | $755.00/hr | $453.00 |
| Michael Whalen | 05/14/2026 | Business Analysis | Review presentation of intercompany transfers prepared by Debtors and reconcile with SEC filings | 2.60 | $755.00/hr | $1,963.00 |
| Michael Whalen | 05/14/2026 | Case Administration | Initial review of documents uploaded by K&E to begin reconciling preliminary findings | 0.70 | $755.00/hr | $528.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael Whalen | 05/15/2026 | Business Analysis | Call with J. Nahas discussing information provided by Debtors | 0.10 | $755.00/hr | $75.50 |
| Michael Whalen | 05/15/2026 | Business Analysis | Review of excel spreadsheet detailing inflows / outflows of QVCG from 2022 onwards and compare to SEC filings | 1.10 | $755.00/hr | $830.50 |
| Michael Whalen | 05/15/2026 | Business Analysis | Call with J. Poynter on key documents uploaded by Debtor | 0.10 | $755.00/hr | $75.50 |
| Michael Whalen | 05/15/2026 | Case Administration | Additional review of documents uploaded by K&E to continue analysis of settlement | 3.20 | $755.00/hr | $2,416.00 |
| Michael Whalen | 05/17/2026 | Business Analysis | Continue review of additional documents that were provided to UCC professionals by Debtor | 2.10 | $755.00/hr | $1,585.50 |
| Michael Whalen | 05/17/2026 | Business Analysis | Diligence assumptions used in solvency opinion report for Q4 2022 prior to dividend issuance | 1.40 | $755.00/hr | $1,057.00 |
| Michael Whalen | 05/19/2026 | Business Analysis | Reconciliation of intercompany positions in 10-K vs. GL vs. presentations to identify flow of funds and analyze settlement | 3.90 | $755.00/hr | $2,944.50 |
| Michael Whalen | 05/19/2026 | Business Analysis | Create cash bridge for sources and uses of cash at QVCG to determine intercompany liability and how upstreamed funds were utilized | 2.70 | $755.00/hr | $2,038.50 |
| Michael Whalen | 05/19/2026 | Business Analysis | Review intercompany presentations and test effect of allowed dividend claim to determine proper settlement value | 3.50 | $755.00/hr | $2,642.50 |
| Michael Whalen | 05/19/2026 | Business Analysis | Analysis of intercompany claims with L. Davis | 1.40 | $755.00/hr | $1,057.00 |
| Michael Whalen | 05/19/2026 | Business Analysis | Continue creating cash bridge for sources and uses of cash at QVCG to determine intercompany liability and how upstreamed funds were utilized | 1.00 | $755.00/hr | $755.00 |
| Michael Whalen | 05/20/2026 | Business Analysis | Review and analyze with J. Nahas and J. Poynter findings of intercompany analysis and cash bridge at QVCG | 1.10 | $755.00/hr | $830.50 |
| Michael Whalen | 05/26/2026 | Business Analysis | Work with J. Poynter to build out cash bridge from 2022 - Petition Date and identify transfers from QVCG to LINTA | 1.30 | $755.00/hr | $981.50 |
| Michael Whalen | 05/26/2026 | Business Analysis | Review intercompany presentation completed by J. Poynter and provide comments | 0.80 | $755.00/hr | $604.00 |
| Michael Whalen | 05/26/2026 | Business Analysis | Review of bank records uploaded to data room to determine additional outflows for cash bridge | 2.90 | $755.00/hr | $2,189.50 |
| Michael Whalen | 05/26/2026 | Business Analysis | Create summary diagrams for presentation for representative transfers | 1.00 | $755.00/hr | $755.00 |
| Michael Whalen | 05/27/2026 | Business Analysis | Additional review of bank records for payments sent to QVCG for the servicing of LINTA debt | 1.90 | $755.00/hr | $1,434.50 |
| Michael Whalen | 05/27/2026 | Business Analysis | Review of revised version of presentation circulated by J. Poynter | 0.60 | $755.00/hr | $453.00 |
| Michael Whalen | 05/29/2026 | Business Analysis | Review of revised presentation circulated by J. Poynter | 0.70 | $755.00/hr | $528.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael Whalen | 05/29/2026 | Business Analysis | Provide feedback for J. Poynter on additional slides needed to be created on tax liability | 0.50 | $755.00/hr | $377.50 |
| Michael Whalen | 05/29/2026 | Business Analysis | Create dynamic ledger for TSA payments to be integrated into presentation | 3.00 | $755.00/hr | $2,265.00 |
| Michael Whalen | 06/01/2026 | Business Analysis | Turn comments on intercompany dividend presentation from J. Nahas | 1.10 | $755.00/hr | $830.50 |
| Michael Whalen | 06/01/2026 | Business Analysis | Analysis of GL entries to create cash bridge from 2022 through petition date and determine intercompany liability | 3.60 | $755.00/hr | $2,718.00 |
| Michael Whalen | 06/01/2026 | Business Analysis | Prepare presentation summarizing intercompany transfers and capital contributions between entities | 2.30 | $755.00/hr | $1,736.50 |
| Michael Whalen | 06/01/2026 | Business Analysis | Review bank records to determine overpayment of taxes from QVC to QVCG and accrual of full tax liability | 3.20 | $755.00/hr | $2,416.00 |
| Michael Whalen | 06/01/2026 | Business Analysis | Make changes to cash bridge in presentation after reviewing TSA payments | 0.80 | $755.00/hr | $604.00 |
| Michael Whalen | 06/01/2026 | Business Analysis | Finalize and format intercompany transfer and capital contribution presentation | 1.10 | $755.00/hr | $830.50 |
| Michael Whalen | 06/01/2026 | Business Analysis | Discussion with J. Nahas on presentation and findings from bank records | 0.50 | $755.00/hr | $377.50 |
| Michael Whalen | 06/04/2026 | Hearing, Mediation and Arbitration Preparation | Participate on Confirmation Hearing | 4.50 | $755.00/hr | $3,397.50 |
| Michael Whalen | 06/05/2026 | Hearing, Mediation and Arbitration Preparation | Participate on Confirmation Hearing | 2.20 | $755.00/hr | $1,661.00 |
| Michael Whalen | 06/08/2026 | Business Analysis | Discussion with J. Nahas on bank records and presentation | 0.50 | $755.00/hr | $377.50 |
| **Totals For Michael Whalen** | | | | **61.10** | | **$46,130.50** |
| Jack Poynter | 05/12/2026 | Case Administration | Establishing communication channel for QVC | 0.50 | $495.00/hr | $247.50 |
| Jack Poynter | 05/13/2026 | Hearing, Mediation and Arbitration Preparation | Status conference to discuss Preferred's motion to terminate exclusivity | 0.50 | $495.00/hr | $247.50 |
| Jack Poynter | 05/13/2026 | Business Analysis | Meeting to discuss QVC market cap and solvency | 0.70 | $495.00/hr | $346.50 |
| Jack Poynter | 05/13/2026 | Case Administration | Reviewing and calendaring key case dates and distributing planners | 1.30 | $495.00/hr | $643.50 |
| Jack Poynter | 05/14/2026 | Business Analysis | Reviewed files published to the data room | 1.00 | $495.00/hr | $495.00 |
| Jack Poynter | 05/14/2026 | Business Analysis | Reviewed files published to the data room | 1.30 | $495.00/hr | $643.50 |
| Jack Poynter | 05/15/2026 | Business Analysis | Reviewed files published to the data room | 1.50 | $495.00/hr | $742.50 |
| Jack Poynter | 05/15/2026 | Business Analysis | Reviewed files published to the data room | 0.50 | $495.00/hr | $247.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jack Poynter | 05/15/2026 | Business Analysis | Reviewed files published to the data room | 2.00 | $495.00/hr | $990.00 |
| Jack Poynter | 05/15/2026 | Business Analysis | Reviewed files published to the data room | 1.50 | $495.00/hr | $742.50 |
| Jack Poynter | 05/18/2026 | Business Analysis | Reviewing documents in Debtors dataroom. | 1.50 | $495.00/hr | $742.50 |
| Jack Poynter | 05/18/2026 | Business Analysis | Reviewing documents in Debtors dataroom. | 1.80 | $495.00/hr | $891.00 |
| Jack Poynter | 05/18/2026 | Business Analysis | Reviewing documents in Debtors dataroom. | 0.50 | $495.00/hr | $247.50 |
| Jack Poynter | 05/19/2026 | Business Analysis | Reviewing documents in the Debtor's data room. | 1.50 | $495.00/hr | $742.50 |
| Jack Poynter | 05/19/2026 | Business Analysis | Reviewing documents in the Debtor's data room. | 0.50 | $495.00/hr | $247.50 |
| Jack Poynter | 05/19/2026 | Business Analysis | Reviewing documents in Debtors dataroom. | 1.00 | $495.00/hr | $495.00 |
| Jack Poynter | 05/21/2026 | Retention and Fee Applications | Preparing Dundon Retention Application | 1.50 | $495.00/hr | $742.50 |
| Jack Poynter | 05/21/2026 | Retention and Fee Applications | Preparing Dundon Retention Application, Proposed Order, and Declaration | 2.00 | $495.00/hr | $990.00 |
| Jack Poynter | 05/27/2026 | Business Analysis | Analyzing transfers between QVCG and QVC Inc for CMMT summary presentation. | 2.80 | $495.00/hr | $1,386.00 |
| Jack Poynter | 05/27/2026 | Business Analysis | Preparing overview of intercompany transfers for committee. | 3.50 | $495.00/hr | $1,732.50 |
| Jack Poynter | 05/27/2026 | Business Analysis | Analyzing transfers between QVCG and QVC Inc for CMMT summary presentation. | 1.90 | $495.00/hr | $940.50 |
| Jack Poynter | 05/28/2026 | Business Analysis | Preparing and reviewing overview of intercompany transfers for committee. | 4.80 | $495.00/hr | $2,376.00 |
| Jack Poynter | 05/28/2026 | Business Analysis | Preparing and reviewing overview of intercompany transfers for committee. | 3.50 | $495.00/hr | $1,732.50 |
| Jack Poynter | 05/29/2026 | Business Analysis | Editing and updating overview of intercompany transfers for committee. | 3.90 | $495.00/hr | $1,930.50 |
| Jack Poynter | 05/29/2026 | Business Analysis | Editing and updating overview of intercompany transfers for committee. | 3.00 | $495.00/hr | $1,485.00 |
| Jack Poynter | 06/04/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 1.00 | $495.00/hr | $495.00 |
| Jack Poynter | 06/04/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 0.10 | $495.00/hr | $49.50 |
| Jack Poynter | 06/04/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 2.00 | $495.00/hr | $990.00 |
| Jack Poynter | 06/04/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 1.10 | $495.00/hr | $544.50 |
| Jack Poynter | 06/05/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 0.50 | $495.00/hr | $247.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jack Poynter | 06/05/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 0.50 | $495.00/hr | $247.50 |
| Jack Poynter | 06/05/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 0.50 | $495.00/hr | $247.50 |
| Jack Poynter | 06/05/2026 | Hearing, Mediation and Arbitration Preparation | Participated in confirmation hearing | 1.00 | $495.00/hr | $495.00 |
| Jack Poynter | 06/09/2026 | Retention and Fee Applications | Updating various portions of retention application | 2.50 | $495.00/hr | $1,237.50 |
| Jack Poynter | 06/10/2026 | Hearing, Mediation and Arbitration Preparation | Participated in trial confirmation hearing | 1.50 | $495.00/hr | $742.50 |
| Jack Poynter | 06/10/2026 | Hearing, Mediation and Arbitration Preparation | Participated in trial confirmation hearing | 0.40 | $495.00/hr | $198.00 |
| Jack Poynter | 06/10/2026 | Hearing, Mediation and Arbitration Preparation | Participated in trial confirmation hearing | 2.10 | $495.00/hr | $1,039.50 |
| **Totals For Jack Poynter** | | | | **57.70** | | **$28,561.50** |
| Landon Davis | 05/14/2026 | Business Analysis | Reviewed QVC dataroom with Jack P. and Chris K. | 0.90 | $495.00/hr | $445.50 |
| Landon Davis | 05/15/2026 | Business Analysis | Reviewed QVC Data and Plan of Action with Jack. | 0.30 | $495.00/hr | $148.50 |
| Landon Davis | 05/15/2026 | Business Analysis | Looked through dataroom for tax returns and GL documentation. | 3.30 | $495.00/hr | $1,633.50 |
| Landon Davis | 05/15/2026 | Business Analysis | Looked through batch documents, applied schema to search local documents. | 0.90 | $495.00/hr | $445.50 |
| Landon Davis | 05/19/2026 | Business Analysis | Analysis of QVC intercompany cash transactions with Jack P. | 0.70 | $495.00/hr | $346.50 |
| Landon Davis | 05/19/2026 | Business Analysis | Analysis of QVC intercompany cash ledger items with M. Whalen. | 1.40 | $495.00/hr | $693.00 |
| **Totals For Landon Davis** | | | | **7.50** | | **$3,712.50** |
| Chris Kazantzis | 05/15/2026 | Business Analysis | Reviewed data room for financial statements and tax documents | 1.00 | $350.00/hr | $350.00 |
| Chris Kazantzis | 05/19/2026 | Business Analysis | Reviewed for transfers and taxes | 0.70 | $350.00/hr | $245.00 |
| Chris Kazantzis | 05/19/2026 | Business Analysis | Met with internal team discussing intercompany transactions and cash management | 1.20 | $350.00/hr | $420.00 |
| Chris Kazantzis | 05/20/2026 | Business Analysis | Discussed intercompany transactions and claims with internal team | 0.70 | $350.00/hr | $245.00 |
| **Totals For Chris Kazantzis** | | | | **3.60** | | **$1,260.00** |
| Brodie Galfus | 05/13/2026 | Business Analysis | Attended QVC status updates conference discussing motion to terminate exclusivity and go forward hearings | 0.50 | $350.00/hr | $175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Brodie Galfus | 05/13/2026 | Business Analysis | Discussed QVC solvency and insolvency with JN and JP | 0.70 | $350.00/hr | $245.00 |
| Brodie Galfus | 05/20/2026 | Business Analysis | Discussed intercompany transactions and claims with internal team | 0.70 | $350.00/hr | $245.00 |
| **Totals For Brodie Galfus** | | | | **1.90** | | **$665.00** |
| **Grand Total** | | | | **263.40** | | **$215,258.50** |