United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **QVC GROUP, INC.,** ***et al.,***[3] | ) | Case No. 26-90447 (ARP) |
| Reorganized Debtors. | ) | (Jointly Administered) |

**ORDER ALLOWING FIRST
AND FINAL FEE APPLICATION OF
DUNDON ADVISERS LLC FOR PERIOD
FROM MAY 12, 2026 THROUGH JULY 20, 2026**

The Court has considered the First and Final Fee Application of Dundon Advisers LLC for Period From May 12, 2026 Through July 20, 2026 (the "Application"), filed by Dundon Advisers LLC ("Dundon"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 cases. The Court orders:

1. Dundon is allowed compensation in the amount of $215,258.50 for the period set forth in the Application.

2. The compensation allowed in this Order is approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed pursuant to this Order.

Signed: October 15, 2026

Alfredo R Pérez
United States Bankruptcy Judge

[3] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/QVC. The location of Debtor QVC Group, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 1200 Wilson Drive, West Chester, Pennsylvania 19380.